# EXHIBIT A

# Plaquemines Parish Recording Page

**Dorothy M Lundin**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 297-5180

SEP 24 REC'D

**Received From :**
Attn: WILLIAM  H. L. KAUFMAN
OTTINGER HEBERT, LLC
ATTN:
P.O. DRAWER 52606
LAFAYETTE, LA  70505-2606

**First MORTGAGOR**

ATP OIL & GAS CORP

**First MORTGAGEE**

GULF COAST CHEMICAL LLC

**Index Type :**   Mortgage

**Type of Document :** Materialmans Lien

**Recording Pages :**          38

**File # :** 2012-00004307

**Book :**  602          **Page :** 303

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana

On (Recorded Date) : 09/21/2012

At (Recorded Time) : 2:16:15PM

 /s/ VICTORIA FRIERSON



Deputy Clerk

Doc ID - 003009600038

## STATEMENT OF PRIVILEGE, OIL WELL LIEN AFFIDAVIT, AND NOTICE OF CONTINUATION OF LIEN AND PRIVILEGE

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, a Notary Public in and for the State and Parish aforesaid, personally came and appeared Jimmy L. Fusilier ("Appearer"), who, being by me duly sworn, did depose and say, as follows:

1. He is the Manager of **Gulf Coast Chemical, L.L.C.**, a Louisiana limited liability company whose mailing address is 200 Jacqulyn Street, Abbeville, Louisiana 70510 ("GCC") represented herein by Appearer, and he is duly authorized to make and is making this Statement of Privilege, Oil Well Lien Affidavit, and Notice of Continuation of Lien and Privilege (the "Lien Affidavit") for and on behalf of GCC.

2. At the request of **ATP Oil & Gas Corporation**, a Texas corporation whose mailing address is 4600 Post Oak Place Dr. #200 Houston, Texas 77027, but whose principal business establishment in Louisiana is 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808 ("Operator"), through its authorized employee or agent, GCC furnished labor, services, equipment, material or supplies, including but not limited to bulk chemicals, which have been consumed in operations and utilized in or in connection with the drilling, completion, reworking or operation of the following wells on the Outer Continental Shelf , Gulf of Mexico (the "Subject Wells"), to-wit:

   | | |
   |---|---|
   | BLOCK: | Mississippi Canyon 711 |
   | FIELD: | Gomez (MC755) |
   | WELLS: | 001, 002, 003, 004, SS005, SS007, and SS008 |
   | LEASE: | G14016 |
   | OPERATOR: | ATP Oil & Gas Corporation |

   | | |
   |---|---|
   | BLOCK: | Mississippi Canyon 755 |
   | FIELD: | Anduin (MC755) |
   | WELLS: | 001, 002, SS002 and MC755 No.2 |
   | LEASE: | G24105 |
   | OPERATOR: | ATP Oil & Gas Corporation |

3. Appearer further deposes and says that, as of the date of this Lien Affidavit, Operator is justly, truly and legally liable and indebted unto GCC in the principal amount of ONE HUNDRED NINE THOUSAND THREE HUNDRED FORTY-NINE DOLLARS and 29/100 (**$109,349.29**) for the performance and/or furnishing of such labor, services, equipment, material, and supplies, as well as for the cost of preparing and recording this Lien Affidavit and for ten (10%) percent attorney's fees pursuant to La. R.S. 9:4861, *et seq.* The aforementioned debt and account is past due, owing, and unpaid, and all just credits have been allowed. Copies of

the invoices, which more particularly describe said materials and services, are attached hereto, *in globo*, as "Exhibit 1."

4. Appearer further deposes and says that, said work was performed and materials delivered on or about June 1, 2012, through on or about August 13, 2012, but in any event before August 17, 2012.

5. Appearer further deposes and says that, pursuant to the provisions of La. R.S. 9:4861, *et seq.*, GCC claims and is entitled to a lien and privilege on the Subject Wells and on all oil and gas produced from the Subject Wells and the proceeds thereof inuring to the working interest therein and on Leases OCS-G14016 and OCS-G24105 (the "Subject Leases"), reference being made to the Subject Leases for all purposes (particularly for a precise description of the lands covered and affected thereby) and on all drilling rigs, service platforms, standard rigs, machinery, pipelines, flow lines, gathering lines, and other related equipment, including but not limited to monitoring, measuring, metering, and control equipment, appurtenances, appliances, equipment, buildings, tanks, and other structures thereto attached or located on the Subject Lease, and rights-of-way in the case of a gathering line, flow line, or other producer, operator, or contract operator owned pipeline.

6. Appearer further deposes and says that this Lien Affidavit is made and executed for the purpose of preserving the lien and privilege granted by law, as aforesaid, and that it expressly reserves all rights, contractual and legal, to secure or enforce payment of all monies owed to it, as aforesaid, and that this Lien Affidavit is not intended, and should not be construed, to be in limitation or restriction of its rights under the aforementioned statute or otherwise, all of which rights being expressly reserved.

IN WITNESS WHEREOF, this Lien Affidavit is executed on this 20th day of September, 2012, by Appearer and me, Notary, in the presence of the undersigned competent witnesses.

WITNESSES:

Print: Benjamin D. Jones

Print: Andrea L. Guidry

GULF COAST CHEMICAL, L.L.C.

Jimmy L. Fusilier, its duly authorized Manager

NOTARY PUBLIC
William H. L. Kaufman
Notary Public
LA State Bar #29929
My Commission Expires at Death

LIEN AFFIDAVIT

Page 2 of 2

**INVOICE**

CUSTOMER NO.

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 6/12/2012 | 168009 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 6/1/2012 | B/L# 181185 |

S O L D T O

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P T O

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4598 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|-------|---------|-------------|----------------|------------|--------|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Delivery Fee | 10.00 |

PLEASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600



**EXHIBIT**
1

| TOTAL | 9,360.00 |
|---|---|

STRAIGHT BILL OF LADING
## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
220 Jaandyn St.
AT: Abbeville LA, 78510

Page 1 of 1

5/31/2012

181185

181185

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711  (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711  (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

CARRIER
BY

| | | GCC TRUCK |
|---|---|---|

| ATP-4596 | 6/5/2012 | 07 | 8 | | | |
|---|---|---|---|---|---|---|

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 6600 | 6600 | ✓10 BULK | X | UN1230,METHANOL | 364656 | 384652 | |
| | | (10) BC | | 3, PGII   ✓102101 | | | |
| | | TANKS REQUIRE SLINGS | | ✓64996m 4 | | | |
| | | | | ✓62405 Am 25. | | | |
| | | | | Tank No. 3014797 ✓ | | | |
| | | | | ✓42934.26 | | | |
| | | | | ✓49765.5 ✓ Total Weights | 38465 8 | 38465 8 | |
| | | | | ✓48725.10 | | | |
| | | | | ✓3014320 | | | |
| | | | | 3013389 | | | |
| | | | | ✓11690.37 | | | |
| | | | | | | | |
| | | | | ORDERED BY BEN ROSEBERRY | | | |
| | | | | APPROVED BY JOE BASCO | | | |
| | | | | DELIVER TO MARTIN TERMINAL NORTH | | | |
| | | | | DOCK BY 6-5-12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY

DATE 6/1/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9500

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | CARRIER | | COD Amt: $ |
|---|---|---|---|
| | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | |
| PER | AGENT | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| 6/1/12 | PER | SAME | |
| LOADED BY  C.C. | | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | |

INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| CUSTOMER NO. | | DATE | NUMBER |
|---|---|---|---|
| 210289 | | 6/12/2012 | 168053 |

Page 1 of 1

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 6/7/2012 | B/L# 181297 |

**SOLD TO:**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO:**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4601 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | | |
|---|---|---|
| Merchandise Total | | 9,350.00 |
| Delivery Fee | | 10.00 |

EASE REMIT TO:
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV.12/08

| TOTAL | 9,360.00 |
|---|---|

PLEASE PAY
THIS AMOUNT 

STRAIGHT BILL OF LADING

# GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquelyn St.
Abbeville LA, 70510

Page 1 of 1


181297
181287

CARRIER
BY

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347888 | 3 | Foster | | | GCC TRUCK | | | |
|---|---|---|---|---|---|---|---|---|
| ATP-4601 | | 8/7/2012 | 07 | | 0 | | | |
| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
| 5500 | 5500 | ✓1GBULK | X | | UN1230,METHANOL 3, PGII | 36465# | 36465# | |
| | | (10) IBC | | | # CUR-172547 ✓ | | | |
| | | TANKS REQUIRE SLINGS | | | Tank No. 1169054 | | | |
| | | ✓ #167143 | | | ✓ # 43895-49 | | | |
| | | ✓ # 41213-33 | | | ✓ #43765-18 | | | |
| | | | | | ✓ #300 1260 | Total Weight: | 36465 # | 36465 # |
| | | | | | ✓ # 5310 (Brill) | | | |
| | | | | | ✓ # 43345-31 | | | |
| | | | | | # 47747-13 | | | |
| | | | | | ORDERED BY BEN ROSEBERRY APPROVED BY JOE BASCO DELIVER TO MARTIN TERMINAL NORTH DOCK BY 8-7-12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____  DATE 6/7/12  MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD | Amt: $ |
|---|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| PER | AGENT | | | |
| LOADED BY | PER SAME | | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | | |

INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 6/19/2012 | 168231 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 6/8/2012 | B/L# 181389 |

**SOLD TO**

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO**

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4606 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550 | 1 G BULK | CITGO PACEMAKER 100 PETROLEUM LUBRICATING OIL | 550 | 13.5800 | 7,469.00 |

|  |  |
|---|---|
| Merchandise Total | 7,469.00 |
| Delivery Fee | 10.00 |

| TOTAL | 7,479.00 |
|---|---|

PLEASE PAY
THIS AMOUNT 

STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquiya St.
Abbeville, LA, 70510

Page 1 of 1

CARRIER
BY G.C.C.



181389

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347686 | 3 | richard | | GCC TRUCK | | | |
|---|---|---|---|---|---|---|---|
| 4000 | | 6-8-12 9/4 8/7/2012 07 | | 0 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 550 | 550 ✓ | 1GBULK | | NOT REGULATED CITGO PACEMAKER 100 PETROLEUM LUBRICATING OIL | 4032# | 4032# | |
| | | (1) IBC TANK REQUIRES SLINGS | | | | | |
| | | | | Tank No. 47929-9 ✓ | | | |
| | | | | Total Weights: | 4032 # | 4032 # | |
| | | | | ORDERED BY = LEE ARDOIN DELIVER TO FOURCHON THURSDAY = ASAP | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____ DATE _____ MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | CARRIER | | COD   Amt: $   CCN9989 |
|---|---|---|---|
| | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| PER _____ 6-8-12 | AGENT | Same | |
| LOADED BY RSL | PER | | |
| VERSION 12/06 | TOTAL NO. OF PACKAGES REC'D. _____ | | |

**INVOICE**

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO. 210289

Page 1 of 1

| DATE | NUMBER |
| --- | --- |
| 6/22/2012 | 168345 |

| DATE SHIPPED | ASSOCIATED NUMBER |
| --- | --- |
| 6/20/2012 | B/L# 181694 |

**SOLD TO:**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO:**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
| --- | --- | --- | --- | --- | --- |
| 4624 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 3000 | 1 G BULK | METHANOL | 3000 | 1.7000 | 5,100.00 |
| 250 | 1 G BULK | TRIETHYLENE GLYCOL DEHYDRATION GRADE | 250 | 10.3800 | 2,595.00 |

| | |
| --- | --- |
| Merchandise Total | 7,695.00 |
| Delivery Fee | 10.00 |

| TOTAL | 7,705.00 |
| --- | --- |

PLEASE PAY
THIS AMOUNT 

STRAIG___ ___ OF LADING

**GULF COAST CHEMICAL, LLC.**

ABBEVILLE WAREHOUSE

SHIPPER: 220 Jacqulyn St.

AT: Abbeville LA, 70510

Page 1 of 1

| | |
| --- | --- |
| CARRIER | |
| BY | |

8/19/2012

181694

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

181694

| | | | GCC TRUCK | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4524 | | 8/20/2012 | 07 | | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3000 | 3000 | 1GBULK | X | UN1230 METHANOL 3, PGII | 19980# | 19980# | |
| | | (6) IBC | | # 50392-19 | | | |
| | | 500GL TANKS | | # 3000151 | | | |
| | | TANKS REQUIRE SLINGS | | # 3014913 | | | |
| | | | | # 43014-39 | | | |
| | | | | Tank No. 3002905 | | | |
| | | | | # 3014951 | | | |
| 250 | 250 | 1GBULK | | NOT REGULATED TRIETHYLENE GLYCOL DEHYDRATION GRADE | 2348# | 2348# | |
| | | (1) IBC | | | | | |
| | | TANK REQUIRES SLINGS | | | | | |
| | | | | Tank No. 44005-D | | | |
| | | | | **Total Weights:** | 22399 # | 22399 # | |

ORDERED BY : KRIS ASHFORD
DELIVER TO MARTIN NORTH TERMINAL
WEDNESDAY

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY X _____ DATE 8/20/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | | CARRIER | | COD | Amt: $ |
| --- | --- | --- | --- | --- | --- |
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| PER | AGENT | | | | |
| LOADED BY  C. C. | PER  SAME | | | | |
| VERSION 12/06 | TOTAL NO. OF PACKAGES REC'D. | | | | |

INVOICE

| CUSTOMER NO. | | | DATE | NUMBER |
|---|---|---|---|---|

**210289**

Gulf Coast Chemical, LLC
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 6/30/2012 | 168650 |

DATE SHIPPED | ASSOCIATED NUMBER

Page 1 of 1

| DATE SHIPPED | |
|---|---|
| 6/30/2012 | B/L# 182093 |

```
S
O   ATTN: Accounts Payable
L
D   Atp Oil & Gas Corporation
    4600 Post Oak Place
T   Suite 200
O   Houston, TX 77027-9726
```

```
S
H
I   Atp Oil & Gas-M/C 711 INNOVATOR
P   C/O MARTIN TERMINAL
    MC*711 INNOVATOR
T   Fourchon, LA
O
```

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4647 | | 476.7900 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 500 | 1 G BULK | VARSOL | 500 | 9.1100 | 4,555.00 |

| | |
|---|---|
| Merchandise Total | 4,555.00 |
| Freight Charges | 476.79 |

.EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV.12/08

**TOTAL**   5,031.79

PLEASE PAY
THIS AMOUNT



# STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.



SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquelyn St.
Abbeville LA, 70510

Page 1 of 1

CARRIER
BY    *Acme*

182093

182093

| | | | | |
|---|---|---|---|---|
| Alp Oil & Gas-M/C 711 INNOVATOR | | | Alp Oil & Gas-M/C 711 INNOVATOR | |
| C/O MARTIN TERMINAL | | | C/O MARTIN TERMINAL | |
| MC 711 INNOVATOR | | | MC 711 INNOVATOR | |
| Fourchon, LA - | | | Fourchon, LA - | |
| "GOMEZ PROJECT" | | | "GOMEZ PROJECT" | |

| 347566 | 3 | barth | Acme | |
|---|---|---|---|---|
| 4847 | | 8/30/2012 | 07 | 0 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 600 | 600 | 1GBULK | X | UN1268,PETROLEUM DISTILLATE N.O.S, COMBUSTIBLE LIQUID, 3, PGIII VARSOL  Tank No. 48019-5 ✓ | 3330# | 3330# | |
| | | | | Total Weights: | 3330 # | 3330 # | |
| | | | | Hot Shot | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____    DATE 6-30-12   MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD Amt: $ |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL.  JcH | PLACARDED ☐ NAME OF PLACARD  1268 | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| PER | AGENT | | |
| LOADED BY   KJL | PER   Clay Hall | | TO BE PREPAID |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D   1 | | |

Invoice Number = 3520576       Doc Type = BL

STRAIGHT BILL OF LADING

GULF COAST CHEMICAL, LLC.

SHIPPER   ABBEVILLE WAREHOUSE
AT   220 Insophye St.
Abbeville LA, 78510

Acme

Page 1 of 1

CARRIER
BY

L82093

Alp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA —
"GOMEZ PROJECT"

Alp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA —
"GOMEZ PROJECT"

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 347006 | 3 | smith | Acme | | | | |
| 4867 | | 6/30/2012 | 07 | 0 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 500 | 500 | 1GBULK | X | UN1268 PETROLEUM DISTILLATE N.O.S. COMBUSTIBLE LIQUID, 3, PGIII VARSOL | 3300 | 3300 | |
| | | | | Tank No. 48019-5 | | | |
| | | | | Total Weights: | 3300 # | 3300 # | |
| | | | | Hot Shot | | | |

RECEIVED BY X _____   DATE 6-30-12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

CARRIER

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

PLACARDS OFFERED
DRIVER PLEASE INITIAL.   Jeff

PLACARDED
NAME OF PLACARD   1268

COD   Amt $

FREIGHT CHARGES
If charges are to be prepaid, write or stamp here, "TO BE PREPAID"

TO BE PREPAID

AGENT

PER

KJL   VERSION 12/09

TOTAL NO. OF PACKAGES REC'D

Invoice Number = 3520576      Doc Type = WB

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED

 

**WAYBILL**
P.O. Box 183
Hanson, LA 70039
(504) 368 2510
(800) 535-6346

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 062787   MC 120878   MC 442459   LPSC 5266

CHARGE TO _Gulf Coast Chemical_   FROM _Gulf Coast Chemical_

City _Abbeville_   State _LA_ Zip

ACCOUNT # _017534_   TO: MARTIN North 90 ATP

TRIP # _2012 0630 — 0269_   City _Fourchon_   State _LA_ Zip

| DATE SHIPPED | TRUCK NO | MILES | DRIVER NO | DRIVER NAME | TRM NO | WAYBILL NO |
|---|---|---|---|---|---|---|
| 6/30/12 | 20608 | | 18475 | C. Hanggiff | 92 | 5695038 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | |
|---|---|---|---|
| 1 | ToTs, ~~alcohol, n.o.s. 2963 1268~~ | #7000 | |
| | PeTroleum Distallite 3, UN1268 pg 111 | #3300 | |
| | | RST   550 ²² | |

Shipped By _____   Time Out _____ am pm
Print Name _Riley LeBlanc_   Date _6/30/12_
Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received by _____   Time In _____ am pm
Print Name _E. Whise_
Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED | | CITY | STATE | ODOMETER |
|---|---|---|---|---|---|---|---|---|
| LOADING | | | | APPROVED BY | Begin | | | |
| UNLOADING | | | | APPROVED BY | End | | | |
| SWAMPER | | | | | LEASE / WELL # _M/C III_ | | | |
| NAME | | | | | RIG # / NAME _Innovator_ | | | |
| SALES # _994071_ | | | | | AFE#/WO _Gomez Project_ | | | |
| OPTIONAL/TRUCK | | | | | PO # | | | |
| ACME DISPATCHER _Smith_ | | | | | TRUCK TYPE _1 Ton_ | | | |

ATTACH ALL FUEL RECEIPTS      CORPORATE OFFICE COPY   ☐ NO ☒ YES  FUEL RECEIPTS

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED



**ESOP**

**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 052767   MC 120675   MC 442453   LPSC 5266

CHARGE TO: Gulf Coast Chemical    FROM: Gulf Coast Chemical

Street Address:

City: Abbeville    State: LA   Zip:

ACCOUNT #:    TO: Martin No 14 %o ATP

TRIP #: 20120630 —

Street Address:

City: Fourchon    State: LA   Zip:

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 6/30/12 | 20608 | | 18675 | C. Hanagriff | 92 | 5695038 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 1 | Tote    UN 1268    √ | #4000 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | EST | 550 ⁵⁹ |

Shipped By:    Time Out: ___ am/pm

Print Name: Riley LeBlanc   Date: 6/30/12

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By:    Time In: ___ am/pm

Print Name: ___   Date: ___

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED |
|---|---|---|---|---|
| LOADING | | | | APPROVED BY |
| UNLOADING | | | | APPROVED BY |
| SWAMPER | | | | |
| NAME: | | #: | | |
| SALES # | | | | |
| OPTIONAL/TRUCK | | | | |
| ACME DISPATCHER: Sarah | | | | |

| | CITY | STATE | ODOMETER |
|---|---|---|---|
| Begin | | | |
| End | | | |

LEASE / WELL # MC 711

RIG # / NAME Innovator

AFE/WO Gomez Project

PO #

TRUCK TYPE: 1 Ton

**ATTACH ALL FUEL RECEIPTS**    **SHIPPER COPY**    ☐ NO  ☑ YES   **FUEL RECEIPTS**

INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA  70510
(337) 898-0213

| CUSTOMER NO. | | DATE | NUMBER |
|---|---|---|---|
| 210289 | | 7/16/2012 | 168908 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 7/5/2012 | B/L# 182206 |

Page 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| ATTN: Accounts Payable<br><br>Atp Oil & Gas Corporation<br>4600 Post Oak Place<br>Suite 200<br>Houston, TX  77027-9726 | Atp O&G<br>C/O Martin Terminal North Dock 120 17th Street<br>MC*711 (OCSG#14016)<br>Fourchon, LA - |

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4654 | | 1312.100 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Freight Charges | 1,312.10 |

| TOTAL | 10,662.10 |
|---|---|

PLEASE PAY
THIS AMOUNT



REV.12/08

**STRAIGHT BILL OF LADING**
**GULF COAST CHEMICAL, LLC.**

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacedyn St.
Abbeville LA, 70510

Page 1 of 1



CARRIER
BY

*Acme*



7/5/2012

182206

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC-711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC-711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

347003   3            Acme

ATP-4054       7/5/2012   07      1312.1

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 6600 | 5500 | 1GBULK | X | UN1230,METHANOL, 3, PGII | 38466 | 38466 | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | 113596 ✓ | | | | | |
| | | 300 7918 ✓ | | Tank No._____ | | | |
| | | 186785 ✓ | | | | | |
| | | 3014584 ✓ | | Total Weights: | 38466 | 38466 | |
| | | 30042630 ✓ | | | | | |
| | | 0708710815 ✓ | | | | | |
| | | 34976-4 ✓ | | ORDERED BY CHRIS LOVELADY | | | |
| | | 49546-22 ✓ | | DELIVER TO MARTIN TERMINAL NORTH | | | |
| | | 48125-10 ✓ | | DOCK IN FOURCHON TODAY | | | |
| | | 3013465 ✓ | | | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 7-5-12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

s to certify that the above-named materials are properly ified, described, packaged, marked and labeled, and proper condition for transportation according to the able regulations of the Department of Transportation.

ED BY _____
RJ

VERSION 12/08

| CARRIER | | |
|---|---|---|
| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD   Amt: $ |
| | 1230 | FREIGHT CHARGES If charges are to be prepaid, write or stamp here. "TO BE PREPAID." TO BE PREPAID |
| AGENT *Acme* | | |
| PER _____ | TOTAL NO. OF PACKAGES REC'D. 10 | |

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED



ESOP

**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 052767   MC 120675   MC 442453   LPSC 5268

CHARGE TO: Gulf Coast Chemicals

FROM: Gulf Coast Chemicals
Street Address: 220 Jacques n St.
City: Asseuille    State: LA  Zip: 70546

ACCOUNT #:

TO: Martin N. Dock
Street Address: 120 17th St.
City: Kentucken    State: LA  Zip: 2355

TRIP #: 20120705-094

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 7/5/12 | 25917 | 159 | 25958 | Pat Norton | 92 | 5815206 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 10 | 550 Gal Tote | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | | COST | 1312.10 |

Shipped By: _____   Time Out: ___ am pm
Print Name: Riley LeBlanc    Date: 7/5/12
Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By: _____   Time In: ___ am pm
Print Name: _____   Date: _____
Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED |
|---|---|---|---|---|
| LOADING | | | | |
| UNLOADING | | | | |
| SWAMPER | | | | |

| | CITY | STATE | ODOMETER |
|---|---|---|---|
| Begin | Erath | La | 168669 |
| End | | | |

APPROVED BY: La
APPROVED BY:

| NAME: | #: |
| SALES # | |
| OPTIONAL/TRUCK | |
| ACME DISPATCHER | |

| LEASE / WELL # | |
| RIG # / NAME | |
| AFE/WO | |
| PO # | |
| TRUCK TYPE: | |

**ATTACH ALL FUEL RECEIPTS**         SHIPPER COPY      ☐ NO  ☐ YES   FUEL RECEIPTS

INVOICE

CUSTOMER NO.

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|------|--------|
| 7/16/2012 | 168909 |

210289

| DATE SHIPPED | ASSOCIATED NUMBER |
|--------------|-------------------|
| 7/5/2012 | B/L# 182208 |

Page 1 of 1

**SOLD TO**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|-----------------------|--------|-----------------|-------------|-------------|-------|
| ATP-4654 | | 1312.100 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|-------|---------|-------------|----------------|------------|--------|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Freight Charges | 1,312.10 |

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV.12/08

| TOTAL | 10,662.10 |
|-------|-----------|

PLEASE PAY
THIS AMOUNT 

STRAIGHT BILL OF LADING
## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
220 Jacquelyn St.
AT: Abbeville LA, 70510

Page 1 of 1



7/5/2012

182208

CARRIER
BY          *Acme*

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"



| 347686 | 5 | | Acme | | | | |
|---|---|---|---|---|---|---|---|
| ATP-4864 | | 7/5/2012 | 07 | 1312.1 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | 1GBULK | X | UN1230,METHANOL 3, PGII | 364686 | 364686 | |
| | | (10) IBC TANKS REQUIRE SLINGS 38974-45 ✓ 3014797 ✓ 160181 ✓ 3000308 ✓ 51098-11 ✓ 3014632 ✓ 3013389 ✓ 168630 ✓ 10579 ✓ 175187 ✓ | | Tank No._____ | | | |
| | | | | Total Weight: | 38485 $ | 38485 # | |
| | | | | ORDERED BY CHRIS LOVELADY DELIVER TO MARTIN TERMINAL NORTH DOCK IN FOURCHON TODAY | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
  Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____     DATE **7-5-12** MSD SHEET(S) ACCOMPANIED SHIPMENT

FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | | |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. ER _____ LOADED BY RSL | PLACARDS OFFERED DRIVER ☒ EASE INITIAL. ___ AGENT ___ PER Acme ___ TOTAL NO. OF PACKAGES REC'D. 10 | PLACARDED ☐ NAME OF PLACARD 1230 | COD   Amt: $ ___ FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." TO PREPAID |

VERSION 12/06

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED



USDOT 052767   MC 120675   MC 442463   LPSC 5268

THIS IS NOT AN INVOICE
## BILL OF LADING - NOT NEGOTIABLE
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

CHARGE TO: _____

FROM: *Gulf Coast*

Street Address _____

City: *Abbieu, La*   State: *La*   Zip: ___

ACCOUNT #: _____

TO: *Q + P*

Street Address _____

TRIP #: _____

City: *Fourchon*   State: *S*   Zip: ___

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 7/5/12 | 24555 | | 23101 | Leandre Francis | 92 | 5814722 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 10 Tote (LA 1230) Methanol 3 PG II | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Shipped By: _____   Time Out ___ am/pm

Print Name: *Rick LeBlanc*   Date: *7/5/12*

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By: _____   Time In ___ am/pm

Print Name: _____   Date: ___

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED |
|---|---|---|---|---|
| LOADING | | | | APPROVED BY |
| UNLOADING | | | | APPROVED BY |
| SWAMPER | | | | |
| NAME: | #: | | | |
| SALES # | | | | |
| OPTIONAL/TRUCK | | | | |
| ACME DISPATCHER: | | | | |

| | CITY | STATE | ODOMETER |
|---|---|---|---|
| Begin | | | |
| End | | | |

LEASE / WELL # *MC 711*

RIG # / NAME

AFE/WO

PO # *0656*

TRUCK TYPE:

**ATTACH ALL FUEL RECEIPTS**   **SHIPPER COPY**   ☐ NO  ☐ YES  **FUEL RECEIPTS**

INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 7/20/2012 | 169132 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|--------------|-------------------|
| 7/19/2012 | B/L# 182617 |

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

SHIP TO

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC*711 INNOVATOR
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4647 | | 0.0000 | ACME | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|-------|---------|-------------|----------------|------------|--------|
| 1 | 1 E ITEM | MISCELLANEOUS PRODUCT CHARG | 1 | 550.5900 | 550.59 |

Merchandise Total                                550.59

**EASE REMIT TO:**
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV.12/08

| TOTAL | 550.59 |
|-------|--------|

PLEASE PAY
THIS AMOUNT 

## STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacqdym St.
Abbeville LA, 70510



Page 1 of 1

CARRIER
BY

182617

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC*711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC*711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

| 347888 | 3 | Richard | ACME | | | |
|---|---|---|---|---|---|---|
| 4847 | | 7/19/2012 | 87 | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| | 1 | 1 ETTEM | | MISCELLANEOUS PRODUCT CHARGES | 0# | 0# | |
| | | | | Total Weight: | 0 # | 0 # | |
| | | | | HOTSHOT CHARGES THAT WERE NOT BILLED ON THE ORIGINAL BL FOR WEEKEND DELIVERY.... SEE BL# 182003 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____  DATE _____ MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | CARRIER | | COD | Amt: $ | CCN0000 |
|---|---|---|---|---|---|
| | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | | | |
| ER | AGENT | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | | |
| OADED BY | PER | | | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | | | |



**Please remit to:**
Acme Truck Line, Inc.
MSC-410683
P.O. Box 415000
Nashville, TN 37241-5000

**For Inquiries**
Ph: (504) 368-2510
Ph: (800) 825-6246
Fx: (888) 922-2263
email: credit@acmetruck.com

## ORIGINAL INVOICE

NET PAYMENT DUE 30 DAYS – PAYABLE IN U.S. FUNDS

| ACME INVOICE | INVOICE DATE | SHIP DATE | ACME CUST# |
|---|---|---|---|
| 3520576 | 7/12/2012 | 6/30/2012 | 017534 |

BILL TO: GULF COAST CHEMICALS
220 JACQULYN STREET
ABBEVILLE, LA 70510

FROM: GULF COAST CHEMICAL INC
220 JACQUELYN ST
ABBEVILLE, LA 70510
TO: MARTIN TERMINAL NORTH
120 17TH ST SUITE 7
PORT FOURCHON, LA 70357

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | AMOUNT |
|---|---|---|---|
| | TRUCK TYPE: ONE TON | | |
| 1 | TOTE, PETROLEUM PISTALLETE 3, UN1268 PGIII | 3300# | 472.44 |
| | | HM20 | 74.40 |
| | | CP | 3.75 |
| | LOC- M/C 711 | | |
| | RIG- INNOVATOR | | |
| | AFE- GOMEZ PROJECT | | |
| | Ordered By: | | |
| | ACME 92 ABBEVILLE | | |
| | ANN FONTENOT | | |
| | Ph#:337.892.6749 | | |

B# 182617

| | TOTAL: | 550.59 |
|---|---|---|

TRUCK TYPE 1T    MILES   160        TRIP 2012/06/30-0269
RATE ITEM 103
ACME WAYBILL 5695038
092 ABBEVILLE            TRUCK 20608    DRIVER 18675    VENDOR 994070

**INVOICE**

CUSTOMER NO.

**210289**

Page 1 of 1

Gulf Coast Chemical, LLC
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|------|--------|
| 7/31/2012 | |
| DATE SHIPPED | ASSOCIATED NUMBER |
| | 8563 |

CREDIT MEMO

SOLD TO

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

SHIP TO

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC*711 INNOVATOR
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | 476.7900 | | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|-------|---------|-------------|----------------|------------|--------|

**** CREDIT MEMO ****

this credit reflects inv.#168650  billed
freight in error.  this freight was billed on
inv.#169132

Freight Charges                                    476.79

CREDIT - DO NOT PAY

PLEASE REMIT TO:

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV.12/08

| TOTAL | -476.79 |
|-------|---------|

PLEASE PAY
THIS AMOUNT 

INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| CUSTOMER NO. | | DATE | NUMBER |
|---|---|---|---|
| 210289 | | 7/31/2012 | 169496 |
| | | DATE SHIPPED | ASSOCIATED NUMBER |
| Page 1 of 1 | | 7/30/2012 | B/L# 182816 |

SOLD TO:
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

SHIP TO:
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4685 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Delivery Fee | 10.00 |

EASE REMIT TO:
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 9,360.00 |
|---|---|

PLEASE PAY
THIS AMOUNT


REV.12/08



# GHT BILL OF LADING
## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT:   220 Jocelyn St.
      Abbeville LA, 70510

Page 1 of 1

CARRIER
BY



7/25/2012

182816



Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSGW14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSGW14016)
Fourchon, LA -
"GOMEZ PROJECT"

182816

| | | GCC TRUCK | | | | |
|---|---|---|---|---|---|---|
| 4885 | | 8/1/2012 | 07 | | 0 | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | ✓ 1GBULK | X | UN1230,METHANOL 3, PGII | 36488 | 36485# | |
| | | (10) ISC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | | | Tank No. 346/2-12✓ | | | |
| | | | | ✓# 49543-15✓ | | | |
| | | | | ✓# 3014596✓ Total Weights: | 36485 # | 36485 # | |
| | | | | ✓# 1793979✓ # 38379-29 ✓ | | | |
| | | | | ✓# 3014799✓ # 48028-15✓ | | | |
| | | | | ✓# 445779✓ | | | |
| | | | | ✓# 182389✓ | | | |
| | | | | ✓# 3013588✓ | | | |
| | | | | ORDERED BY = BEN | | | |
| | | | | DELIVER TO FOURCHON BY 8/1/12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _C. H. Wise_   DATE 7/30/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

s is to certify that the above-named materials are properly ssified, described, packaged, marked and labeled, and in proper condition for transportation according to the licable regulations of the Department of Transportation.

| CARRIER | | COD |
|---|---|---|
| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | Amt: $ |
| AGENT | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| PER   SAME | | |

DED BY

VERSION 12/08

TOTAL NO. OF PACKAGES REC'D.

**INVOICE**

CUSTOMER NO.

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 8/9/2012 | 169623 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 8/6/2012 | B/L# 182930 |

S
O   ATTN: Accounts Payable
L
D   Atp Oil & Gas Corporation
T   4600 Post Oak Place
O   Suite 200
    Houston, TX  77027-9726

S
H   Atp O&G
I   C/O Martin Terminal North Dock 120 17th Street
P
T   MC*711  (OCSG#14016)
O   Fourchon, LA  -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4696 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Delivery Fee | 10.00 |

| TOTAL | 9,360.00 |
|---|---|

PLEASE PAY
THIS AMOUNT

STRAIGHT BILL OF LADING

# GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquiyn St.
Abbeville LA, 70510



CARRIER
BY

Page 1 of 1

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (CC9G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OC9G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

MC 941

169623

| 347885 | 3 | michael | | GCC TRUCK | | | | |
|---|---|---|---|---|---|---|---|---|
| 4896 | | 8/7/2012 | 97 | 0 | | | | |
| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
| 5600 | 5600 | 1GBULK | X | UN1230,METHANOL 3, PGII | | 36465# | 234656# | |
| | | (10) IBC | | | | | | |
| | | TANKS REQUIRE SLINGS | | # 50393-19 ✓ | | | | |
| | | | | # 3014632 ✓ | | | | |
| | | | | Tank No. 48120-7 ✓ | | | | |
| | | | | # 40579-51 ✓ | | | | |
| | | | | # 102476-21 ✓ | Total Weights | 36465 # | 36465 # | |
| | | | | # 10143 ✓ | | | | |
| | | | | # 3014759 ✓ | | | | |
| | | | | # 3014584 ✓ | | | | |
| | | | | # 5331-3 ✓ | | | | |
| | | | | # 11640-37 | | | | |
| | | | | ORDERED BY = DEN DELIVER TO MARTIN TERMINAL IN FOURCHON | | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____ DATE 8/6/12 ____ MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | CARRIER | | COD | CC#5000 |
|---|---|---|---|---|
| | PLACARDS OFFERED DRIVER PLEASE INITIAL | PLACARDED ☐ NAME OF PLACARD | | Amt: $ |
| ER | AGENT | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| OADED BY | PER | S-A-M | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | | |

**INVOICE**

**CUSTOMER NO.**

210289

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 8/9/2012 | 169624 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 8/6/2012 | B/L# 183085 |

**SOLD TO:**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO:**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4701 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.6500 | 9,075.00 |

| | |
|---|---|
| Merchandise Total | 9,075.00 |
| Delivery Fee | 10.00 |

PLEASE REMIT TO:

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV.12/08

| TOTAL | 9,085.00 |
|---|---|

PLEASE PAY
THIS AMOUNT


STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE

AT: 228 Jacquiyn St.
Abbeville LA, 70510



Page 1 of 1

CARRIER
BY

Alp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Alp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"



169684

| 347895 | 3 | Border | GCC TRUCK | | | | | |
|---|---|---|---|---|---|---|---|---|
| ATP-4701 | | 8/6/2012 | 07 | | 0 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | 1GSBULK | X | UN1230,METHANOL 3, PGII | 30485# | 30485# | |
| | | (11) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | 11-500 gal Tanks fire | | | | | |
| | | | | Tank No. 48018 +P | | | |
| | | | | 182188 - | | | |
| | | | | 301 47 45 | Total Weights | | |
| | | | | 176387 | 49549-2 | 30485 # | 30485 # |
| | | | | 172567 | 30/8131 - | | |
| | | | | 48397-2 | 301 81 70 8 | | |
| | | | | | 40654 47 | | |
| | | | | | 47849-20 | | |

ORDERED BY CHRIS LOVELADY
DELIVER TO MARTIN TERMINAL NORTH
IN FOURCHON BY 8-9-12

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____                    DATE 8/6/12    MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-88

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

LOADED BY C.C.          8/6/12

VERSION 12/08

| CARRIER | | |
|---|---|---|
| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD . Amt: $ |
| AGENT | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| PER | | |
| TOTAL NO. OF PACKAGES REC'D. | | |

INVOICE

CUSTOMER NO.

210289

Page 1 of 1

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|------|--------|
| 8/9/2012 | 169655 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|--------------|-------------------|
| 8/2/2012 | B/L# 182886 |

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S
H
I
P
T
O

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|-----------------------|--------|-----------------|-------------|-------------|-------|
| 4695 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|-------|---------|-------------|----------------|------------|--------|
| 550 | 1 G BULK | TRIETHYLENE GLYCOL DEHYDRATION GRADE | 550 | 10.0100 | 5,505.50 |

| | |
|---|---|
| Merchandise Total | 5,505.50 |
| Delivery Fee | 10.00 |

EASE REMIT TO:

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV.12/08

| TOTAL | 5,515.50 |
|-------|----------|

PLEASE PAY
THIS AMOUNT 

STRAIGHT BILL OF LADING

# GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquelyn St.
Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

7/30/2012

182886

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

182886

| | 3 | | GCC TRUCK | | | | |
|---|---|---|---|---|---|---|---|
| 4885 | | 8/3/2012 | 07 | | 8 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 550 | 550 | 1GBULK | | NOT REGULATED TRIETHYLENE GLYCOL DEHYDRATION GRADE | 5169# | 5169# | |
| | | (1) IBC | | Tank No. 36 4758 | | | |
| | | | | Total Weight: | 5165 # | 5165 # | |
| | | | | ORDERED BY = BEN DELIVER TO FOURCHON THIS WEEK | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____ DATE 8/2/12 _____ MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

9/2/12

LOADED BY _____

| CARRIER | | |
|---|---|---|
| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD   Amt: $ |
| AGENT | SAME | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| PER | | |
| TOTAL NO. OF PACKAGES REC'D. | | |

VERSION 12/08

**INVOICE**

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA  70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 8/10/2012 | 169759 |

DATE SHIPPED | ASSOCIATED NUMBER

8/10/2012   B/L# 183262

SOLD TO

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX  77027-9726

SHIP TO

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711  (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4713 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5000 | 1 G BULK | METHANOL | 5000 | 1.6500 | 8,250.00 |

Merchandise Total    8,250.00
Delivery Fee    10.00

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA  70162-2600

REV.12/08

TOTAL    8,260.00

PLEASE PAY
THIS AMOUNT



STRAIGHT BILL OF LADING
**GULF COAST CHEMICAL, LLC.**

ABBEVILLE WAREHOUSE
SHIPPER: 220 Jacqulyn St.
AT:   Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

8/9/2012

183262

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA –
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA –
"GOMEZ PROJECT"

183262

| | | | | |
|---|---|---|---|---|
| ATP-4715 | 8/13/2012 | 01 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M X | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 6000 | 6000 | 1GBULK | X | UN1230,METHANOL 3, PGII | 33160# | 33160# | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | # 38379-48 | | | |
| | | | | Tank No. 44004-75 | | | |
| | | | | # 301367# | | | |
| | | | | # 320464   Total Weight: | 33190 # | 33190 # | |
| | | | | # 301604 | | | |
| | | | | # 49543-79 | | | |
| | | | | # 176305 | | | |
| | | | | # 45579-73 | | | |
| | | | | ORDERED BY CHRIS LOVELADY DELIVER TO MARTIN TERMINAL NORTH IN FOURCHON BY 8-13-12 | | | |
| | | | | # 160259 | | | |
| | | | | # 301370# | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions as the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _R.H. W_____   DATE _8/10/12_   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | | |
|---|---|---|---|
| his is to certify that the above-named materials are properly lassified, described, packaged, marked and labeled, and re in proper condition for transportation according to the pplicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | **COD** Amt: $ |
| | | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| R: ___ HADED BY C.C. | AGENT | SAME | |
| VERSION 12/08 | PER | | |
| | TOTAL NO. OF PACKAGES REC'D. | | |

**INVOICE**

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| CUSTOMER NO. | | DATE | NUMBER |
|---|---|---|---|
| 210289 | | 8/13/2012 | 169716 |
| | | DATE SHIPPED | ASSOCIATED NUMBER |
| Page 1 of 1 | | 8/6/2012 | B/L# 183086 |

| SOLD TO | SHIP TO |
|---|---|
| ATTN: Accounts Payable | Atp O&G |
| Atp Oil & Gas Corporation | C/O Martin Terminal North Dock 120 17th Street |
| 4600 Post Oak Place | MC*711 (OCSG#14016) |
| Suite 200 | Fourchon, LA - |
| Houston, TX 77027-9726 | |

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4701 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4500 | 1 G BULK | METHANOL | 4500 | 1.6500 | 7,425.00 |

| | | |
|---|---|---|
| Merchandise Total | | 7,425.00 |
| Delivery Fee | | 10.00 |

| TOTAL | 7,435.00 |
|---|---|

PLEASE PAY
THIS AMOUNT

STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jeequlym St.
Abbeville LA, 70510

Page 1 of 1

CARRIER
BY



183086

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711  (OC3G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711  (OC3G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347006 | 3 | footer | GCC TRUCK | | |
|---|---|---|---|---|---|
| ATP-4701 | | 8/8/2012 | 07 | 0 | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 4600 | 4600 | 1GBULK | X | UN1230,METHANOL 3, PGII | 20030 | 20330 | |
| | | (8) IBC | | 48393-21 ✓ | | | |
| | | TANKS REQUIRE SLINGS | | 48151-2 ✓ | | | |
| | | | | Tank No. 121141 ✓ | | | |
| | | | | 3014850 ✓ | | | |
| | | | | 3,0128 ✓ Total Weight= | 20030 ₿ | 20030 ₿ | |
| | | | | 3014624 ✓ | | | |
| | | | | 3013683 ✓ | | | |
| | | | | 3007398 ✓ | | | |
| | | | | 103547-25 ✓ | | | |

ORDERED BY CHRIS LOVELADY
DELIVER TO MARTIN TERMINAL NORTH
IN FOURCHON BY 8-8-12

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE ____ 8/8/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

ER _____
OADED BY _____

VERSION 12/08

| CARRIER | |
|---|---|
| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD |
| AGENT | Snark |
| PER | |
| TOTAL NO. OF PACKAGES REC'D. | |

COD   Amt: $

FREIGHT CHARGES
If charges are to be prepaid, write or stamp here, "TO BE PREPAID."