# EXHIBIT B

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, La  70361-1569
(985) 868-5660

**Received From :**
OTTINGER HEBERT  LLC
P.O. DRAWER 52606
LAFAYETTE, LA  70505-2606

**First MORTGAGOR**

ATP OIL & GAS CORP

**First MORTGAGEE**

GULF COAST CHEMICAL L L C

**Index Type :**   Mortgages

**Type of Document :** Lien

**Recording Pages :**          38

**File # :** 1409105

**Book :**  2494     **Page :** 782

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Terrebonne Parish, Louisiana

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 09/21/2012

At (Recorded Time) : 10:23:41:000 AM

Doc ID - 011845090038

**Return To :**
OTTINGER HEBERT  LLC
P.O. DRAWER 52606
LAFAYETTE, LA  70505-2606

Do not Detach this Recording Page from Original Document

**STATEMENT OF PRIVILEGE, OIL WELL LIEN AFFIDAVIT,
AND NOTICE OF CONTINUATION OF LIEN AND PRIVILEGE**

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, a Notary Public in and for the State and Parish aforesaid, personally came and appeared Jimmy L. Fusilier ("Appearer"), who, being by me duly sworn, did depose and say, as follows:

1. He is the Manager of **Gulf Coast Chemical, L.L.C.**, a Louisiana limited liability company whose mailing address is 200 Jacqulyn Street, Abbeville, Louisiana 70510 ("GCC") represented herein by Appearer, and he is duly authorized to make and is making this Statement of Privilege, Oil Well Lien Affidavit, and Notice of Continuation of Lien and Privilege (the "Lien Affidavit") for and on behalf of GCC.

2. At the request of **ATP Oil & Gas Corporation**, a Texas corporation whose mailing address is 4600 Post Oak Place Dr. #200 Houston, Texas 77027, but whose principal business establishment in Louisiana is 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808 ("Operator"), through its authorized employee or agent, GCC furnished labor, services, equipment, material or supplies, including but not limited to bulk chemicals, which have been consumed in operations and utilized in or in connection with the drilling, completion, reworking or operation of the following wells on the Outer Continental Shelf , Gulf of Mexico (the "Subject Wells"), to-wit:

   | | |
   |---|---|
   | BLOCK: | Mississippi Canyon 711 |
   | FIELD: | Gomez (MC755) |
   | WELLS: | 001, 002, 003, 004, SS005, SS007, and SS008 |
   | LEASE: | G14016 |
   | OPERATOR: | ATP Oil & Gas Corporation |
   | | |
   | BLOCK: | Mississippi Canyon 755 |
   | FIELD: | Anduin (MC755) |
   | WELLS: | 001, 002, SS002 and MC755 No.2 |
   | LEASE: | G24105 |
   | OPERATOR: | ATP Oil & Gas Corporation |

3. Appearer further deposes and says that, as of the date of this Lien Affidavit, Operator is justly, truly and legally liable and indebted unto GCC in the principal amount of ONE HUNDRED NINE THOUSAND THREE HUNDRED FORTY-NINE DOLLARS and 29/100 (**$109,349.29**) for the performance and/or furnishing of such labor, services, equipment, material, and supplies, as well as for the cost of preparing and recording this Lien Affidavit and for ten (10%) percent attorney's fees pursuant to La. R.S. 9:4861, *et seq.* The aforementioned debt and account is past due, owing, and unpaid, and all just credits have been allowed. Copies of

the invoices, which more particularly describe said materials and services, are attached hereto, *in globo*, as "Exhibit 1."

4. Appearer further deposes and says that, said work was performed and materials delivered on or about June 1, 2012, through on or about August 13, 2012, but in any event before August 17, 2012.

5. Appearer further deposes and says that, pursuant to the provisions of La. R.S. 9:4861, *et seq.*, GCC claims and is entitled to a lien and privilege on the Subject Wells and on all oil and gas produced from the Subject Wells and the proceeds thereof inuring to the working interest therein and on Leases OCS-G14016 and OCS-G24105 (the "Subject Leases"), reference being made to the Subject Leases for all purposes (particularly for a precise description of the lands covered and affected thereby) and on all drilling rigs, service platforms, standard rigs, machinery, pipelines, flow lines, gathering lines, and other related equipment, including but not limited to monitoring, measuring, metering, and control equipment, appurtenances, appliances, equipment, buildings, tanks, and other structures thereto attached or located on the Subject Lease, and rights-of-way in the case of a gathering line, flow line, or other producer, operator, or contract operator owned pipeline.

6. Appearer further deposes and says that this Lien Affidavit is made and executed for the purpose of preserving the lien and privilege granted by law, as aforesaid, and that it expressly reserves all rights, contractual and legal, to secure or enforce payment of all monies owed to it, as aforesaid, and that this Lien Affidavit is not intended, and should not be construed, to be in limitation or restriction of its rights under the aforementioned statute or otherwise, all of which rights being expressly reserved.

IN WITNESS WHEREOF, this Lien Affidavit is executed on this 20th day of September, 2012, by Appearer and me, Notary, in the presence of the undersigned competent witnesses.

**WITNESSES:**

Print: Benjamin D. Jones

Print: Andrea L. Guidry

**GULF COAST CHEMICAL, L.L.C.**

Jimmy L. Fusilier, its duly authorized Manager

NOTARY PUBLIC
William H. L. Kaufman
Notary Public
LA State Bar #29929
My Commission Expires at Death

LIEN AFFIDAVIT

Page 2 of 2

INVOICE

CUSTOMER NO.

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 6/12/2012 | 168009 |

210289

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 6/1/2012 | B/L# 181185 |

Page 1 of 1

S O L D T O

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P T O

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4598 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

|  |  |
|---|---|
| Merchandise Total | 9,350.00 |
| Delivery Fee | 10.00 |

EXHIBIT

EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV 12/06

| TOTAL | 9,360.00 |
|---|---|

STRAIGHT BILL OF LADING
# GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
220 Jacqulyn St.
AT: Abbeville LA, 70510

Page 1 of 1

5/31/2012

181185

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA –
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA –
"GOMEZ PROJECT"

CARRIER
BY

181185

| | | | GCC TRUCK | | | | |
|---|---|---|---|---|---|---|---|
| ATP-4503 | | 9/5/2012 | 07 | | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | ✓ 1GBULK (10) IBC TANKS REQUIRE SLINGS | X | UN1230,METHANOL 3, PGII ✓102105 ✓64996m 4 ✓62405 Au 25 Tank No. 3014797 ✓47934 26 ✓49765 5 Total Weights ✓48125 10 ✓3014330 ✓3013389 ✓11690 37 ORDERED BY BEN ROSEBERRY APPROVED BY JOE BASCO DELIVER TO MARTIN TERMINAL NORTH DOCK BY 6-5-12 | 36465 | 36465 | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 6/1/12 ___  MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD   Amt: $ |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| ___ER ___ 6/1/12 | AGENT | | |
| LOADED BY C.C. | PER | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. ___ | | |



# INVOICE

**CUSTOMER NO.**

210289

Page 1 of 1

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA  70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 6/12/2012 | 168053 |
| **DATE SHIPPED** | **ASSOCIATED NUMBER** |
| 6/7/2012 | B/L# 181297 |

**SOLD TO:**
ATTN:  Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX  77027-9726

**SHIP TO:**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711  (OCSG#14016)
Fourchon, LA  -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4601 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

|  |  |
|---|---|
| Merchandise Total | 9,350.00 |
| Delivery Fee | 10.00 |

LEASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA  70162-2600

| TOTAL | 9,360.00 |
|---|---|

**STRAIGHT BILL OF LADING**

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacqulyn St.
Abbeville LA, 70510

CARRIER
BY

Page 1 of 1

181297
181297

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347866 | 3 | Foster | | GCC TRUCK | | | | |
|---|---|---|---|---|---|---|---|---|
| ATP-4601 | | 8/7/2012 | 07 | | 0 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 6600 | 6600 | ✓1GE/LK | X | UN1230,METHANOL 3, PGII | 36465# | 36465# | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | # 05-12547 ✓ | | | |
| | | ✓ #167143 ✓ | | Tank No. 11690-54 ✓ | | | |
| | | ✓ # 41213-32 | | ✓ #43895-49 ✓ | | | |
| | | | | ✓ #43765-18 | Total Weight: | 36465 6 | 36465 6 |
| | | | | #300 1260 ✓ | | | |
| | | | | ✓ #53100 April ✓ | | | |
| | | | | ✓ # 43395-81 | | | |
| | | | | # 47747-13 ✓ | | | |
| | | | | ORDERED BY BEN ROSEBERRY APPROVED BY JOE BASCO DELIVER TO MARTIN TERMINAL NORTH DOCK BY 8-7-12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY

DATE 6/7/12        MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | | |
|---|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | **COD** | Amt: $ |
| PER _____ | AGENT | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| LOADED BY C.C. | PER   SAME | | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | | |



**INVOICE**

Gulf Coast Chemical, LLC
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 6/19/2012 | 168231 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 6/8/2012 | B/L# 181389 |

SOLD TO:
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

SHIP TO:
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4606 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550 | 1 G BULK | CITGO PACEMAKER 100 PETROLEUM LUBRICATING OIL | 550 | 13.5800 | 7,469.00 |

|  |  |
|---|---|
| Merchandise Total | 7,469.00 |
| Delivery Fee | 10.00 |

EASE REMIT TO:
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 7,479.00 |
|---|---|

## STRAIGHT BILL OF LADING

### GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacqulyn St.
Abbeville LA, 70510

Page 1 of 1



CARRIER BY: G.C.C.



181389

A/p O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

A/p O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347888 | 3 | Richard | GCC TRUCK | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4888 | | 6-8-12 8A 8/7/2012  07 | | | 8 | | | |
| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
| 550 | 550 ✓ | 1GBULK | | NOT REGULATED CITGO PACEMAKER 100 PETROLEUM LUBRICATING OIL | | 4032# | 4032# | |
| | | (1) IBC TANK REQUIRES SLINGS | | | | | | |
| | | | | Tank No. 47929-9 ✓ | | | | |
| | | | | Total Weight: | | 4032 # | 4032 # | |
| | | | | ORDERED BY = LEE ARDOIN DELIVER TO FOURCHON THURSDAY = ASAP | | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agree to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____  DATE _____  MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | CARRIER | | COD | CGN8888 |
|---|---|---|---|---|
| | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | | Amt: $ |
| PER _____ 6-8-12 LOADED BY RSL | AGENT _____ Same PER | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. _____ | | | |



# INVOICE

**CUSTOMER NO.**

210289

Page 1 of 1

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 6/22/2012 | 168345 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 6/20/2012 | B/L# 181694 |

**SOLD TO**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4624 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 1 G BULK | METHANOL | 3000 | 1.7000 | 5,100.00 |
| 250 | 1 G BULK | TRIETHYLENE GLYCOL DEHYDRATION GRADE | 250 | 10.3800 | 2,595.00 |
| | | Merchandise Total | | | 7,695.00 |
| | | Delivery Fee | | | 10.00 |

| TOTAL | 7,705.00 |
|---|---|

STRAIG____ ___ OF LADING
**GULF COAST CHEMICAL, LLC.**

ABBEVILLE WAREHOUSE

SHIPPER: 220 Jacqulyn St.
AT: Abbeville LA, 70510

Page 1 of 1

8/19/2012

181694

CARRIER
BY

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OC8GM14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OC8GM14016)
Fourchon, LA -
"GOMEZ PROJECT"

181694

| | | GCC TRUCK | | | | | |
|---|---|---|---|---|---|---|---|
| 4826 | | 8/20/2012  07 | 0 | | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 3000 | 3000 | 1GSBULK | X | UN1230 METHANOL 3, PGII | 19900 | 19900 | |
| | | (6) IBC | | # 50392-19 | | | |
| | | 600GL TANKS | | # 3000161 | | | |
| | | TANKS REQUIRE SLINGS | | # 301493 | | | |
| | | | | # 47014-38 | | | |
| | | | | Tank No: 3002905 | | | |
| | | | | # 3014951 | | | |
| 250 | 250 | 1GSBULK | | NOT REGULATED TRIETHYLENE GLYCOL DEHYDRATION GRADE | 2340 | 2340 | |
| | | (1) IBC | | | | | |
| | | TANK REQUIRES SLINGS | | | | | |
| | | | | Tank No. 44005-20 | | | |
| | | | | Total Weights: | 22260 g | 22260 g | |

ORDERED BY : KRIS ASHFORD
DELIVER TO MARTIN NORTH TERMINAL
WEDNESDAY

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY X _____   DATE 6/20/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | COD | |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL.   PLACARDED ☐ NAME OF PLACARD | COD   Amt: $ | |
| | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| PER | AGENT | | |
| LOADED BY  C-C | PER  SAME | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | |

# INVOICE

**Gulf Coast Chemical, LLC**
220 Jacquelyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 6/30/2012 | 168650 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 6/30/2012 | B/L# 182093 |

**SOLD TO:**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO:**
Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC*711 INNOVATOR
Fourchon, LA -



| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4647 | | 476.7900 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 500 | 1 G BULK | VARSOL | 500 | 9.1100 | 4,555.00 |

| | |
|---|---|
| Merchandise Total | 4,555.00 |
| Freight Charges | 476.79 |

| TOTAL | 5,031.79 |
|---|---|

**STRAIGHT BILL OF LADING**

**GULF COAST CHEMICAL, LLC.**

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacqulyn St.
Abbeville LA, 70510

Page 1 of 1

CARRIER
BY        Acme

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

182093

| 347866 | 3 | bamitth | | Acme | | | | |
|---|---|---|---|---|---|---|---|---|
| 4847 | | | 6/30/2012 | 07 | | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 600 | 600 | 1GBULK | X | UN1268,PETROLEUM DISTILLATE N.O.S, COMBUSTIBLE LIQUID, 3, PGIII VARSOL | 3390# | 3390# | |
| | | | | Tank No. 48019-5 | | | |
| | | | | Total Weight: | 3390 # | 3390 # | |
| | | | | Hot Shot | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 6-30-12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD | Amt: $ |
|---|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. JCH | PLACARDED ☐ NAME OF PLACARD 1268 | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| PER | AGENT | | | |
| LOADED BY   RJL | PER | | TO BE PREPAID | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | | |

Invoice Number = 3520576      Doc Type = BL

STRAIGHT BILL OF LADING

**GULF COAST CHEMICAL, LLC.**

SHIPPER  ABBEVILLE WAREHOUSE
AT  220 Josephne St.
Abbeville LA. 70510

CARRIER BY  Acme            Page 1 of 1

Alp Oil & Gas-MC 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

Alp Oil & Gas-MC 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

L82093

| | | | | | Acme | | |
|---|---|---|---|---|---|---|---|
| 347690 | 3 | bsmith | | | Acme | | |
| 4847 | | | 6/30/2012 | 07 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | PAT CLASS |
|---|---|---|---|---|---|---|---|
| 500 | 500 | 1GBULK | X | UN1268 PETROLEUM DISTILLATE N.O.S. COMBUSTIBLE LIQUID, 3 PGIII VARSOL Tank No 48019-5 | 3900 | 3900 | |
| | | | | Total Weight: | 3900 # | 3900 # | |
| | | | | Hct Sheet | | | |

RECEIVED BY X _____   DATE 6 30 12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

CARRIER

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

PLACARDS OFFERED DRIVER PLEASE INITIAL.   Jeff

PLACARDED ☐  NAME OF PLACARD  1268

COD   Amt $

FREIGHT CHARGES
If charges are to be prepaid, write or stamp here. "TO BE PREPAID"

TO BE PREPAID

LOADED BY  KJL

AGENT

PER

VERSION 12/08

TOTAL NO. OF PACKAGES REC'D.

Invoice Number  =  3520576       Doc Type  =  WB

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED

 

**WAYBILL**
PO Box 143
Harvey, LA 70059
(504) 368 2170
(800) 535-6346

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 062767  MC 120875  MC 442453  LPSC 6288

CHARGE TO  _Gulf Coast Chemical_   FROM  _Gulf Coast Chemical_

Street Address _____

City _Abbeville_   State _LA_ Zip ___

TO:  _Martin North % ATP_

ACCOUNT #  _017531_

Street Address _____

TRIP #  _2012 0630 — 0269_   City _Fourchon_   State _LA_ Zip ___

| DATE SHIPPED | TRUCK NO | MILES | DRIVER NO | DRIVER NAME | TERM NO | WAYBILL NO |
|---|---|---|---|---|---|---|
| 6/30/12 | 20608 | | 18675 | C. Haragiuk | 92 | 5695038 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | WEIGHT | |
|---|---|---|---|---|
| 1 | ToTc, ~~Petroleum Distillate~~ | | # 7000 | |
| | Petroleum Distillate 3, UNR68 pg III | | # 3300 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | LST | 550 ²⁹ | |

Shipped By _____  Time Out ___ am/pm  6/30/12   Received By _E. N. ___  Time In ___ am/pm  Date ___

Print Name _Riley LeBlanc_  Date 6/30/12   Print Name _E. N. ___

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED | | CITY | STATE | ODOMETER |
|---|---|---|---|---|---|---|---|---|
| LOADING | | | | APPROVED BY | Begin | | | |
| UNLOADING | | | | APPROVED BY | End | | | |
| SWAMPER | | | | | LEASE / WELL # _MC 711_ | | | |
| NAME | | | | | RIG # / NAME _Innovator_ | | | |
| SALES # _994071_ | | | | | AFE/WO _Gomez Project_ | | | |
| OPTIONAL/TRUCK | | | | | PO # | | | |
| ACME DISPATCHER _Smith_ | | | | | TRUCK TYPE _1 Tn_ | | | |

**ATTACH ALL FUEL RECEIPTS**     **CORPORATE OFFICE COPY**   ☐ NO  ☒ YES   **FUEL RECEIPTS**

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED



**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 052767   MC 120675   MC 442453   LPSC 5268

CHARGE TO: Gulf Coast Chemical     FROM: Gulf Coast Chemical

Street Address:

City: Abbeville     State: LA   Zip:

ACCOUNT #:     TO: Martin Nu-74 C/o ATP

TRIP #: 20120630 —     Street Address:

City: Fourchon     State: La   Zip:

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 6/30/12 | 20608 | | 18675 | C. Hungriff | 92 | 5695038 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|---|
| 1 | ToTc | UN 1268 | #4000 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | EST | 550 |

Shipped By:     Time Out: ___ am/pm     Received By:     Time In: ___ am/pm

Print Name: Riley LeBlanc   Date: 6/30/12     Print Name:     Date:

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED | | CITY | STATE | ODOMETER |
|---|---|---|---|---|---|---|---|---|
| LOADING | | | | APPROVED BY | Begin | | | |
| UNLOADING | | | | APPROVED BY | End | | | |
| SWAMPER | | | | | LEASE / WELL # | MC 711 | | |
| NAME: | | #: | | | RIG # / NAME | Innovator | | |
| SALES # | | | | | AFE/WO | Gomez Project | | |
| OPTIONAL/TRUCK | | | | | PO # | | | |
| ACME DISPATCHER: | Sarah | | | | TRUCK TYPE: | 1 Ton | | |

ATTACH ALL FUEL RECEIPTS     SHIPPER COPY     ☐ NO  ☑ YES   FUEL RECEIPTS



# INVOICE

**CUSTOMER NO.**

210289

Page 1 of 1

### Gulf Coast Chemical, LLC
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|------|--------|
| 7/16/2012 | 168908 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 7/5/2012 | B/L# 182206 |

**S O L D  T O**

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**S H I P  T O**

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCS G#14016)
Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4654 | | 1312.100 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Freight Charges | 1,312.10 |

**TOTAL** 10,662.10

**STRAIGHT BILL OF LADING**
**GULF COAST CHEMICAL, LLC.**

SHIPPER: ABBEVILLE WAREHOUSE
228 Jacquelyn St.
AT: Abbeville LA, 70510

CARRIER
BY  Acme

Page 1 of 1


7/5/2012

182206

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| | 347855 | 3 | | Acme | | | | | |

| ATP-4054 | | 7/5/2012 | 07 | 1312.1 | | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5590 | 1GBULK | X | UN1230,METHANOL 3, PGII | 36455 | 36455 | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | 113596 ✓ | | Tank No._____ | | | |
| | | 300 7918 ✓ | | | | | |
| | | 186785 ✓ | | | | | |
| | | 3014584 ✓ | | Total Weight= | 36455 # | 36455 # | |
| | | 3004263 ✓ | | | | | |
| | | 07087108 15 ✓ | | | | | |
| | | 34976-4 ✓ | | ORDERED BY CHRIS LOVELADY | | | |
| | | 49546-22 ✓ | | DELIVER TO MARTIN TERMINAL NORTH | | | |
| | | 48125-10 ✓ | | DOCK IN FOURCHON TODAY | | | |
| | | 3013465 ✓ | | | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 7-5-12  MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| s to certify that the above-named materials are properly ified, described, packaged, marked and labeled, and i proper condition for transportation according to the able regulations of the Department of Transportation. | CARRIER | | COD |
|---|---|---|---|
| | PLACARDS OFFERED DRIVER PLEASE INITIAL, Bn | PLACARDED ☐ NAME OF PLACARD 1230 | Amt: $ |
| | AGENT  Acme | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| ED BY | PER | | TO BE PREPAID |
| RJ7 VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. 10 | | |



NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING



**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

USDOT 052767   MC 120675   MC 442453   LPSC 5268

| CHARGE TO: | Gulf Coast Chemicals | FROM: | Gulf Coast Chemicals |
|---|---|---|---|
| | | Street Address: | 220 Jacquelyn St. |
| | | City: Lasseville | State: La Zip: 70510 |
| | | TO: | Martin N. Dock |
| ACCOUNT #: | | Street Address: | 120 17th St. |
| TRIP #: 20120705-094 | | City: Fourchon | State: La Zip: 70355 |

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 7/5/12 | 25917 | 159 | 25958 | PJ Morton | 92 | 5815206 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 10 | 550 Gal Tote | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | OST | 1312.10 |

Shipped By: _Riley LeBlanc_   Time Out: am pm

Print Name: Riley LeBlanc   Date: 7/5/12

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By: _____   Time In: am pm

Print Name: _____   Date: _____

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED | | CITY | STATE | ODOMETER |
|---|---|---|---|---|---|---|---|---|
| LOADING | | | | APPROVED BY | Begin | Erath | La | 268669 |
| UNLOADING | | | | APPROVED BY | End | | | |
| SWAMPER | | | | | LEASE / WELL # | | | |
| NAME: | | #: | | | RIG # / NAME | | | |
| SALES # | | | | | AFE/WO | | | |
| OPTIONAL/TRUCK | | | | | PO # | | | |
| ACME DISPATCHER | | | | | TRUCK TYPE: | | | |

**ATTACH ALL FUEL RECEIPTS**   SHIPPER COPY   ☐ NO ☐ YES   FUEL RECEIPTS



# INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA  70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 7/16/2012 | 168909 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 7/5/2012 | B/L# 182208 |

**SOLD TO**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX  77027-9726

**SHIP TO**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA  –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4654 | | 1312.100 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Freight Charges | 1,312.10 |

| TOTAL | 10,662.10 |
|---|---|

**STRAIGHT BILL OF LADING**
## GULF COAST CHEMICAL, LLC.

SHIPPER:  ABBEVILLE WAREHOUSE
AT:  220 Jacqslyn St.
Abbeville LA. 70510

Page 1 of 1



CARRIER BY  *Acme*

7/5/2012

182206

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347556 | 3 | | Acme | | | | |
|---|---|---|---|---|---|---|---|

| ATP-4054 | | 7/5/2012 | 07 | 1312.1 | | | |
|---|---|---|---|---|---|---|---|

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5600 | 5600 | 1GBULK | X | UN1233,METHANOL 3, PGII | 36465# | 36465# | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |

38974-45
3014797
160181
3000308
51098-11
3014632
3013389
168630
10579
175187

Tank No._____

Total Weight    36465 #    36465 #

ORDERED BY CHRIS LOVELADY
DELIVER TO MARTIN TERMINAL NORTH
DOCK IN FOURCHON TODAY

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession at the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____ DATE 7-5-12 MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | |
|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD  1230 | COD  Amt: $ |

BY _____
LADED BY RSL

AGENT *Acme*
PER

FREIGHT CHARGES
If charges are to be prepaid, write or stamp here, "TO BE PREPAID."   TO BE PREPAID

VERSION 12/08

TOTAL NO. OF PACKAGES REC'D. 10

**NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED**



**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 052757   MC 120675   MC 442453   LPSC 5268

CHARGE TO: _____

FROM: _Gulf Coast_

Street Address: _____

City: _Abbeville_   State: _La_   Zip: ___

TO: _Q + P_

ACCOUNT #: _____

Street Address: _____

TRIP #: _____

City: _Fourchon_   State: _La_   Zip: ___

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 7/5/12 | 24555 | | 23101 | Leanoth Franc | 92 | 5814722 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 10 Bbl (UN 1230) Methanol   3 PG II | | | |
| | | | |

Shipped By: _____   Time Out: _7/5/12_ am/pm

Print Name: _Ricky LeBlanc_   Date: _7/5/12_

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By: _____   Time In: ___ am/pm

Print Name: _____   Date: ___

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED |
|---|---|---|---|---|
| LOADING | | | | APPROVED BY |
| UNLOADING | | | | APPROVED BY |
| SWAMPER | | | | |
| NAME: | | #: | | |
| SALES # | | | | |
| OPTIONAL/TRUCK | | | | |
| ACME DISPATCHER: | | | | |

| | CITY | STATE | ODOMETER |
|---|---|---|---|
| Begin | | | |
| End | | | |
| LEASE / WELL #  MC 711 | | | |
| RIG # / NAME | | | |
| AFE/WO | | | |
| PO # 0256 | | | |
| TRUCK TYPE: | | | |

**ATTACH ALL FUEL RECEIPTS**   SHIPPER COPY   ☐ NO  ☐ YES  **FUEL RECEIPTS**

# INVOICE

**CUSTOMER NO.**

210289

Page 1 of 1

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 7/20/2012 | 169132 |
| **DATE SHIPPED** | **ASSOCIATED NUMBER** |
| 7/19/2012 | B/L# 182617 |

| SOLD TO | SHIP TO |
|---|---|
| ATTN: Accounts Payable<br><br>Atp Oil & Gas Corporation<br>4600 Post Oak Place<br>Suite 200<br>Houston, TX 77027-9726 | Atp Oil & Gas--M/C 711 INNOVATOR<br>C/O MARTIN TERMINAL<br>MC*711 INNOVATOR<br>Fourchon, LA - |

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4647 | | 0.0000 | ACME | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 E ITEM | MISCELLANEOUS PRODUCT CHARG | 1 | 550.5900 | 550.59 |
| | | Merchandise Total | | | 550.59 |

| TOTAL | 550.59 |
|---|---|

STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 226 Jacqulyn St.
Abbeville LA. 70510

Page 1 of 1

CARRIER
BY

182617

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC°711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC°711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

| 347888 | 3 | richard | ACME | | | | |
|---|---|---|---|---|---|---|---|
| 4847 | | 7/18/2012 | 87 | 0 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| | 1 | 1 ITEM | | MISCELLANEOUS PRODUCT CHARGES | 0¢ | 0¢ | |
| | | | | Total Weight: | 0¢ | 0¢ | |
| | | | | HOTSHOT CHARGES THAT WERE NOT BILLED ON THE ORIGINAL BL FOR WEEKEND DELIVERY.... SEE BL# 182603 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____ DATE _____ MSD SHEET(S) ACCOMPANIED SHIPMENT

# FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD | CCN9888 |
|---|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | Amt: $ FREIGHT CHARGES | |
| ER | AGENT | | If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| DADED BY | PER | | | |
| VERSION 12/06 | TOTAL NO. OF PACKAGES REC'D. | | | |



**ORIGINAL INVOICE**

Please remit to:
Acme Truck Line, Inc.
MSC-410683
P.O. Box 415000
Nashville, TN 37241-5000

For Inquiries
Ph: (504) 368-2510
Ph: (800) 825-6246
Fx: (888) 922-2263
email: credit@acmetruck.com

NET PAYMENT DUE 30 DAYS – PAYABLE IN U.S. FUNDS

| ACME INVOICE | INVOICE DATE | SHIP DATE | ACME CUST# |
|---|---|---|---|
| 3520576 | 7/12/2012 | 6/30/2012 | 017534 |

BILL TO: GULF COAST CHEMICALS
220 JACQULYN STREET
ABBEVILLE, LA 70510

FROM: GULF COAST CHEMICAL INC
220 JACQUELYN ST
ABBEVILLE, LA 70510
TO: MARTIN TERMINAL NORTH
120 17TH ST SUITE 7
PORT FOURCHON, LA 70357

JUL 16 2012

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | AMOUNT |
|---|---|---|---|
| 1 | TRUCK TYPE: ONE TON | | |
| | TOTE, PETROLEUM PISTALLETE 3, UN1268 PGIII | 3300# | 472.44 |
| | | HM20 | 74.40 |
| | | GP | 3.75 |
| | LOC- M/C 711 | | |
| | RIG- INNOVATOR | | |
| | AFE- GOMEZ PROJECT | | |
| | Ordered By: | | |
| | ACME 92 ABBEVILLE | | |
| | ANN FONTENOT | | |
| | Ph#:337.892.6749 | | |

Bill# 182617

| | TOTAL: | 550.59 |
|---|---|---|

TRUCK TYPE 1T    MILES   160        TRIP 2012/06/30-0269
RATE ITEM 103
ACME WAYBILL 5695038
092 ABBEVILLE            TRUCK 20608    DRIVER 18675    VENDOR 994070



# INVOICE

**CUSTOMER NO.**

210289

## Gulf Coast Chemical, LLC
### 220 Jacqulyn St.
### Abbeville, LA 70510
### (337) 898-0213

| DATE | NUMBER |
|------|--------|
| 7/31/2012 | |

| DATE SHIPPED | ASSOCIATED NUMBER |
|--------------|-------------------|
| | 8563 |

Page 1 of 1

CREDIT MEMO

**SOLD TO**
Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO**
Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC*711 INNOVATOR
Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | 476.7900 | | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | **\*\* CREDIT MEMO \*\*** | | | |
| | | this credit reflects inv.#168650  billed freight in error.  this freight was billed on inv.#169132 | | | |
| | | Freight Charges | | | 476.79 |
| | | CREDIT - DO NOT PAY | | | |

EASE REMIT TO:     Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | -476.79 |
|-------|---------|



**INVOICE**

CUSTOMER NO.

210289

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 7/31/2012 | 169496 |

DATE SHIPPED | ASSOCIATED NUMBER

7/30/2012   B/L# 182816

S O L D T O
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P T O
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA  -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4685 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

Merchandise Total  9,350.00
Delivery Fee  10.00

EASE REMIT TO:
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

**TOTAL**  9,360.00




...GHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: **ABBEVILLE WAREHOUSE**
220 Jacquinn St.
AT: Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

7/25/2012

182816

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#911 (OCS/G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#911 (OCS/G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

182816

| | | GCC TRUCK | | |
|---|---|---|---|---|
| 4685 | | 8/1/2012 | 07 | 0 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 6600 | 5800 | ✓ 10 BULK | X | UN 1230,METHANOL 3, PG II | 384658 | 364656 | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | | | Tank No. 348/7-17 | | | |
| | | | | ✓ # 495435 | | | |
| | | | | ✓ # 301/4586 | Total Weight: | | |
| | | | | ✓ # 17930-79  # 38379-29 | | 38405 8 | 38413 8 |
| | | | | ✓ # 301/4799  To 4802073 | | | |
| | | | | ✓ # 49579-1 | | | |
| | | | | ✓ # 182360 | | | |
| | | | | ✓ # 301358A | | | |
| | | | | ORDERED BY = BEN | | | |
| | | | | DELIVER TO FOURCHON BY 8/1/12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment).
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 7/30/12   MSO SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | |
|---|---|---|
| s is to certify that the above-named materials are properly ssified, described, packaged, marked and labeled, and in proper condition for transportation according to the licable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD   Amt: $ |
| | | | FREIGHT CHARGES |
| DED BY | AGENT | | If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| VERSION 12/08 | PER   SAME | | |
| | TOTAL NO. OF PACKAGES REC'D. | | |



INVOICE

CUSTOMER NO.

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 8/9/2012 | 169623 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 8/6/2012 | B/L# 182930 |

S O L D T O

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P T O

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4696 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

Merchandise Total          9,350.00
Delivery Fee               10.00

PLEASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

TOTAL     9,360.00

**STRAIGHT BILL OF LADING**

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Ingolym St.
Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OC3GW14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OC3GW14016)
Fourchon, LA -
"GOMEZ PROJECT"

MC 941

169623

| | 347886 | 3 | Richard | | GCC TRUCK | | | |
|---|---|---|---|---|---|---|---|---|
| 4886 | | | 8/7/2012 | 07 | | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | 10 BULK | X | UN1230,METHANOL 3, PGII | 36465# | 36466# | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | # 50393-19 | | | |
| | | | | # 3014632 | | | |
| | | | | Tank No. 48120-7 | | | |
| | | | | # 90579-54 | | | |
| | | | | #103476-21 Total Weights | 36465 # | 36466 # | |
| | | | | # 10143 | | | |
| | | | | # 3014759 | | | |
| | | | | # 3014584 | | | |
| | | | | #53031-3 | | | |
| | | | | # 11690-37 | | | |
| | | | | ORDERED BY = BEN DELIVER TO MARTIN TERMINAL IN FOURCHON | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 8/6/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT **1-800-424-9300**

| | CARRIER | | | |
|---|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD  Amt: $ | CCN####### |
| | | | FREIGHT CHARGES | |
| ER | AGENT | | If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| OADED BY | PER SAME | | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | | |



**INVOICE**

CUSTOMER NO.

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 8/9/2012 | 169624 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 8/6/2012 | B/L# 183085 |

210289

Page 1 of 1

S O L D   T O

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P   T O

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4701 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.6500 | 9,075.00 |

Merchandise Total 9,075.00
Delivery Fee 10.00

EASE REMIT TO:
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 9,085.00 |
|---|---|

STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquelyn St.
Abbeville LA, 70510





CARRIER
BY

Page 1 of 1

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347665 | 3 | Sester | GCC TRUCK | | | 169684 |
|--------|---|--------|-----------|---|---|--------|
| ATP-4701 | | 8/6/2012 | 67 | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | 1GBULK | X | UN1230,METHANOL 3, PGII | 36468# | 36469# | |
| | | (11) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | 11- 5200 gal Tanks | | Tank No. 48018 -10 ✓ | 38483 # | 39415 # | |
| | | FMC | | 182188 - | | | |
| | | | | 30 14745 ✓   49549-24 ✓ | | | |
| | | | | 1763070 ✓   30/8131 - ✓ | | | |
| | | | | 1725670 ✓   3018170 ₧ | | | |
| | | | | 48397-2 ✓   40654-47 ₧ | | | |
| | | | | 47849-20 ✓ | | | |

ORDERED BY CHRIS LOVELADY
DELIVER TO MARTIN TERMINAL NORTH
IN FOURCHON BY 8-6-12

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination if mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____    DATE 8/6/12    MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD . Amt: $ |
| | | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| 8/6/12 | AGENT | | |
| LOADED BY C.C. | PER | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | |



INVOICE

CUSTOMER NO.

210289

Page 1 of 1

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|------|--------|
| 8/9/2012 | 169655 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 8/2/2012 | B/L# 182886 |

S
O
L    ATTN:  Accounts Payable
D
T    Atp Oil & Gas Corporation
O    4600 Post Oak Place
     Suite 200
     Houston, TX  77027-9726

S
H
I    Atp O&G
P    C/O Martin Terminal North Dock 120 17th Street
T    MC*711 (OCSG#14016)
O    Fourchon, LA  –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4695 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550 | 1 G BULK | TRIETHYLENE GLYCOL DEHYDRATION GRADE | 550 | 10.0100 | 5,505.50 |

| | |
|---|---|
| Merchandise Total | 5,505.50 |
| Delivery Fee | 10.00 |

EASE REMIT TO:   Gulf Coast Chemical, LLC
                 PO Box 62600
                 Department 1443
                 New Orleans, LA  70162-2600

| TOTAL | 5,515.50 |
|---|---|

STRAIGHT BILL OF LADING
**GULF COAST CHEMICAL, LLC.**

ABBEVILLE WAREHOUSE
SHIPPER: 220 Jocelyn St.
AT: Abbeville LA. 70510

Page 1 of 1

CARRIER
BY

7/30/2012

182886

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

*182886*

| | 3 | ITEM | GCC TRUCK | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4005 | | 8/3/2012 | 07 | 8 | | | | |
| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
| 550 | 550 | 1G BULK | | NOT REGULATED TRIETHYLENE GLYCOL DEHYDRATION GRADE | | 5160# | 5160# | |
| | | (1) IBC | | Tank No. 30 4758 | | | | |
| | | | | Total Weights: | | 5165 # | 5165 # | |

ORDERED BY = BEN
DELIVER TO FOURCHON THIS WEEK

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and designed as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 8/2/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| CARRIER | | COD |
|---|---|---|
| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED □ NAME OF PLACARD | Amt: $ |

LOADED BY CC   8/2/12

AGENT

PER (SAM)

FREIGHT CHARGES
If charges are to be prepaid, write or stamp here, "TO BE PREPAID."

TOTAL NO. OF PACKAGES REC'D

VERSION 12/08



**INVOICE**

CUSTOMER NO.

210289

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 8/10/2012 | 169759 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 8/10/2012 | B/L# 183262 |

S
O   ATTN: Accounts Payable
L
D   Atp Oil & Gas Corporation
T   4600 Post Oak Place
O   Suite 200
    Houston, TX 77027-9726

S
H
I   Atp O&G
P   C/O Martin Terminal North Dock 120 17th Street
T   MC*711 (OCSG#14016)
O   Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4713 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5000 | 1 G BULK | METHANOL | 5000 | 1.6500 | 8,250.00 |

|  |  |
|---|---|
| Merchandise Total | 8,250.00 |
| Delivery Fee | 10.00 |

ASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

**TOTAL** 8,260.00

STRAIGHT BILL OF LADING
**GULF COAST CHEMICAL, LLC.**

ABBEVILLE WAREHOUSE

SHIPPER: 228 Jacqulyn St.
AT: Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

8/9/2012

183262

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC°711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC°711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

183262

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M X | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 6000 | 6000 | ✓ 1GEULK | X | UN1230,METHANOL 3, PGII | 331500 | 331500 | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | ✓ # 38379-48 ✓ | | | |
| | | | | Tank No: 44004-75 ✓ | | | |
| | | | | ✓ # 3013678 | | | |
| | | | | ✓ # 320464 ✓   Total Weight: | 331500 # | 331500 # | |
| | | | | ✓ # 304604 | | | |
| | | | | ✓ # 49543-79 ✓ | | | |
| | | | | ✓ # 176305 ✓ | | | |
| | | | | ✓ # 45379-23 | | | |
| | | | | ORDERED BY CHRIS LOVELADY DELIVER TO MARTIN TERMINAL NORTH IN FOURCHON BY 8-13-12 | | | |
| | | | | ✓ # 40259 ✓ | | | |
| | | | | ✓ # 3013708 ✓ | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 8/10/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| | CARRIER | | COD |
|---|---|---|---|
| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | | Amt: $ |

SR _____

LADED BY _____

VERSION 12/08

AGENT

PER   SAME

TOTAL NO. OF PACKAGES REC'D.

FREIGHT CHARGES
If charges are to be prepaid, write or stamp here, "TO BE PREPAID."

# INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| CUSTOMER NO. | | DATE | NUMBER |
|---|---|---|---|
| 210289 | | 8/13/2012 | 169716 |
| | | DATE SHIPPED | ASSOCIATED NUMBER |
| Page 1 of 1 | | 8/6/2012 | B/L# 183086 |

| S O L D T O | ATTN: Accounts Payable<br><br>Atp Oil & Gas Corporation<br>4600 Post Oak Place<br>Suite 200<br>Houston, TX 77027-9726 | S H I P T O | Atp O&G<br>C/O Martin Terminal North Dock 120 17th Street<br>MC*711 (OCSG#14016)<br>Fourchon, LA - |

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4701 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4500 | 1 G BULK | METHANOL | 4500 | 1.6500 | 7,425.00 |

|  |  |
|---|---|
| Merchandise Total | 7,425.00 |
| Delivery Fee | 10.00 |

EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 7,435.00 |
|---|---|

**STRAIGHT BILL OF LADING**

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquelyn St.
Abbeville LA, 70510



Page 1 of 1



183086

| | |
|---|---|
| Atp O&G<br>C/O Martin Terminal North Dock 120 17th Street<br>MC*711 (OCBG#14016)<br>Fourchon, LA -<br>"GOMEZ PROJECT" | Atp O&G<br>C/O Martin Terminal North Dock 120 17th Street<br>MC*711 (OCBG#14016)<br>Fourchon, LA -<br>"GOMEZ PROJECT" |

CARRIER
BY

| 347886 | 3 | Hester | GCC TRUCK |
|---|---|---|---|

| ATP-4701 | | 8/8/2012 | 87 | | 6 | | |
|---|---|---|---|---|---|---|---|

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 4500 | 4500 | 1@BULK<br><br>(5) IBC<br>TANKS REQUIRE SLINGS | X | UN1230,METHANOL<br>3, PGII<br>48,393-71<br>4051-8<br>Tank No. 121141<br>3014850<br>3012847  Total Weights:<br>3014624<br>3013683<br>3007398<br>103,547-25 | 28333 | 28336<br><br>29005 8 | |
| | | | | ORDERED BY CHRIS LOVELADY<br>DELIVER TO MARTIN TERMINAL NORTH<br>IN FOURCHON BY 8-8-12 | 28895 8 | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE _____   MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

CARRIER

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED<br>DRIVER PLEASE INITIAL. | PLACARDED ☐<br>NAME OF PLACARD | COD | Amt: $ |
|---|---|---|---|---|
| ER | AGENT | | FREIGHT CHARGES<br>If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| OADED BY | PER | | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | | |