# EXHIBIT C

### STATEMENT OF PRIVILEGE, OIL WELL LIEN AFFIDAVIT, AND NOTICE OF CONTINUATION OF LIEN AND PRIVILEGE

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, a Notary Public in and for the State and Parish aforesaid, personally came and appeared Jimmy L. Fusilier ("Appearer"), who, being by me duly sworn, did depose and say, as follows:

1. He is the Manager of **Gulf Coast Chemical, L.L.C.**, a Louisiana limited liability company whose mailing address is 200 Jacqulyn Street, Abbeville, Louisiana 70510 ("GCC") represented herein by Appearer, and he is duly authorized to make and is making this Statement of Privilege, Oil Well Lien Affidavit, and Notice of Continuation of Lien and Privilege (the "Lien Affidavit") for and on behalf of GCC.

2. At the request of **ATP Oil & Gas Corporation**, a Texas corporation whose mailing address is 4600 Post Oak Place Dr. #200 Houston, Texas 77027, but whose principal business establishment in Louisiana is 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808 ("Operator"), through its authorized employee or agent, GCC furnished labor, services, equipment, material or supplies, including but not limited to bulk chemicals, which have been consumed in operations and utilized in or in connection with the drilling, completion, reworking or operation of the following wells on the Outer Continental Shelf , Gulf of Mexico (the "Subject Wells"), to-wit:

   | | |
   |---|---|
   | BLOCK: | Mississippi Canyon 711 |
   | FIELD: | Gomez (MC755) |
   | WELLS: | 001, 002, 003, 004, SS005, SS007, and SS008 |
   | LEASE: | G14016 |
   | OPERATOR: | ATP Oil & Gas Corporation |

   | | |
   |---|---|
   | BLOCK: | Mississippi Canyon 755 |
   | FIELD: | Anduin (MC755) |
   | WELLS: | 001, 002, SS002 and MC755 No.2 |
   | LEASE: | G24105 |
   | OPERATOR: | ATP Oil & Gas Corporation |

3. Appearer further deposes and says that, as of the date of this Lien Affidavit, Operator is justly, truly and legally liable and indebted unto GCC in the principal amount of ONE HUNDRED NINE THOUSAND THREE HUNDRED FORTY-NINE DOLLARS and 29/100 (**$109,349.29**) for the performance and/or furnishing of such labor, services, equipment, material, and supplies, as well as for the cost of preparing and recording this Lien Affidavit and for ten (10%) percent attorney's fees pursuant to La. R.S. 9:4861, et seq.  The aforementioned debt and account is past due, owing, and unpaid, and all just credits have been allowed. Copies of

the invoices, which more particularly describe said materials and services, are attached hereto, *in globo*, as "Exhibit 1."

4. Appearer further deposes and says that, said work was performed and materials delivered on or about June 1, 2012, through on or about August 13, 2012, but in any event before August 17, 2012.

5. Appearer further deposes and says that, pursuant to the provisions of La. R.S. 9:4861, *et seq.*, GCC claims and is entitled to a lien and privilege on the Subject Wells and on all oil and gas produced from the Subject Wells and the proceeds thereof inuring to the working interest therein and on Leases OCS-G14016 and OCS-G24105 (the "Subject Leases"), reference being made to the Subject Leases for all purposes (particularly for a precise description of the lands covered and affected thereby) and on all drilling rigs, service platforms, standard rigs, machinery, pipelines, flow lines, gathering lines, and other related equipment, including but not limited to monitoring, measuring, metering, and control equipment, appurtenances, appliances, equipment, buildings, tanks, and other structures thereto attached or located on the Subject Lease, and rights-of-way in the case of a gathering line, flow line, or other producer, operator, or contract operator owned pipeline.

6. Appearer further deposes and says that this Lien Affidavit is made and executed for the purpose of preserving the lien and privilege granted by law, as aforesaid, and that it expressly reserves all rights, contractual and legal, to secure or enforce payment of all monies owed to it, as aforesaid, and that this Lien Affidavit is not intended, and should not be construed, to be in limitation or restriction of its rights under the aforementioned statute or otherwise, all of which rights being expressly reserved.

IN WITNESS WHEREOF, this Lien Affidavit is executed on this 20th day of September, 2012, by Appearer and me, Notary, in the presence of the undersigned competent witnesses.

WITNESSES:

Print: Benjamin D. Jones

Print: Andrea L. Guidry

GULF COAST CHEMICAL, L.L.C.

Jimmy L. Fusilier, its duly authorized Manager

NOTARY PUBLIC

William H. L. Kaufman
Notary Public
LA State Bar #29929
My Commission Expires at Death

LIEN AFFIDAVIT

# INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO. 210289

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 6/12/2012 | 168009 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 6/1/2012 | B/L# 181185 |

**SOLD TO:**
ATTN: Accounts Payable
Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO:**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4598 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Delivery Fee | 10.00 |



EXHIBIT

PLEASE REMIT TO:
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 9,360.00 |
|---|---|

**STRAIGHT BILL OF LADING**
**GULF COAST CHEMICAL, LLC.**

ABBEVILLE WAREHOUSE
SHIPPER: 220 Jaequin St.
AT: Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

5/31/2012

181185

181185

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

GCC TRUCK

| ATP-4598 | 8/5/2012 | 07 | 0 |
|---|---|---|---|

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | 1@BULK | X | UN1230,METHANOL 3, PGII | 36465# | 36465# | |
| | | (10) IBC | | ✓ 102101 | | | |
| | | TANKS REQUIRE SLINGS | | ✓ 64996m 4 | | | |
| | | | | ✓ 62405 Bu 25 | | | |
| | | | | Tank No. 3014797 | | | |
| | | | | ✓ 47934. 26 | | | |
| | | | | ✓ 49765. 5   Total Weight | 36465 G | 36465 G | |
| | | | | ✓ 48125·10 | | | |
| | | | | ✓ 3014320 | | | |
| | | | | 3013389 | | | |
| | | | | ✓ 11690. 37 | | | |
| | | | | | | | |
| | | | | ORDERED BY BEN ROSEBERRY APPROVED BY JOE BASCO DELIVER TO MARTIN TERMINAL NORTH DOCK BY 8-5-12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and consigned for himself and his assigns.

RECEIVED BY

DATE 6 | 1 | 12

MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | Amt: $ |
| | | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| PER | AGENT | | |
| LOADED BY  C C | PER | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | |

6/1/12



INVOICE

**CUSTOMER NO.**

210289

Page 1 of 1

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|------|--------|
| 6/12/2012 | 168053 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 6/7/2012 | B/L# 181297 |

**SOLD TO**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4601 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

Merchandise Total 9,350.00
Delivery Fee 10.00

| TOTAL | 9,360.00 |
|---|---|

**STRAIGHT BILL OF LADING**

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacqulyn St.
Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

181297
181297

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347886 | 3 | Foster | GCC TRUCK | | | | |
|--------|---|--------|-----------|---|---|---|---|
| ATP-4801 | | | 6/7/2012   07 | | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | ✓1GBULK | X | UN1230,METHANOL 3, PGII | 38465# | 38465# | |
| | | (10) IBC | | #-GE-172547 | | | |
| | | TANKS REQUIRE SLINGS | | Tank No. 11690-54 | | | |
| | | #147143 | | ✓ #43895-49 | | | |
| | | #41213-33 | | ✓ #43765-18   Total Weight= | 38465 # | 38465 # | |
| | | | | ✓ #3001260 | | | |
| | | | | #5510000# | | | |
| | | | | # 48348-81 | | | |
| | | | | #47947-12 | | | |

ORDERED BY BEN ROSEBERRY
APPROVED BY JOE BASCO
DELIVER TO MARTIN TERMINAL NORTH
DOCK BY 6-7-12

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 6/7/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | |
|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD |
| PER | | |
| LOADED BY   C.C. | AGENT   SAME | COD   Amt: $ |
| | PER | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | |



# INVOICE

**CUSTOMER NO.**

210289

Page 1 of 1

### Gulf Coast Chemical, LLC
### 220 Jacqulyn St.
### Abbeville, LA 70510
### (337) 898-0213

| DATE | NUMBER |
|------|--------|
| 6/19/2012 | 168231 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 6/8/2012 | B/L# 181389 |

**SOLD TO:**

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO:**

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4606 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550 | 1 G BULK | CITGO PACEMAKER 100 PETROLEUM LUBRICATING OIL | 550 | 13.5800 | 7,469.00 |
| | | Merchandise Total | | | 7,469.00 |
| | | Delivery Fee | | | 10.00 |

**EASE REMIT TO:**   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

**TOTAL**   7,479.00

STRAIGHT BILL OF LADING

# GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquelyn St.
Abbeville, LA. 70510

Page 1 of 1

CARRIER
BY "G.C.C.



181389
181389

S
H
I
P

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

S
I
P

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347886 | S | Richard | GCC TRUCK | | | | |
|---|---|---|---|---|---|---|---|
| 4008 | | | 6-8-12 8:A 6/7/2012  07 | 0 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 550 | 550 ✓ | 1GE-BULK | | NOT REGULATED CITGO PACEMAKER 100 PETROLEUM LUBRICATING OIL | 4032# | 4032# | |
| | | (1) IBC TANK REQUIRES SLINGS | | Tank No. 47929-9 ✓ | | | |
| | | | | Total Weights: | 4032 # | 4032 # | |
| | | | | ORDERED BY = LEE ARDOIN DELIVER TO FOURCHON THURSDAY = ASAP | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____  DATE _____ MSD SHEET(S) ACCOMPANIED SHIPMENT

# FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD   GCNS982 |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | Amt: $ |
| PER _____ 6-8-12 LOADED BY RJZ | AGENT   Same PER | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. _____ | | |



**INVOICE**

CUSTOMER NO.

210289

Page 1 of 1

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 6/22/2012 | 168345 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 6/20/2012 | B/L# 181694 |

SOLD TO:
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

SHIP TO:
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4624 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3000 | 1 G BULK | METHANOL | 3000 | 1.7000 | 5,100.00 |
| 250 | 1 G BULK | TRIETHYLENE GLYCOL DEHYDRATION GRADE | 250 | 10.3800 | 2,595.00 |

Merchandise Total 7,695.00
Delivery Fee 10.00

PLEASE REMIT TO:
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

**TOTAL** 7,705.00

STRAIGHT ~~ OF LADING
GULF COAST CHEMICAL, LLC.

ABBEVILLE WAREHOUSE
SHIPPER: 220 Josephyn St.
AT: Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

8/18/2012

181884

181694

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OC3G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OC3G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

GCC TRUCK

4824       8/20/2012   87        0

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 3000 | 3000 | 1GEULK | X | UN1230 METHANOL 3, PGII | 18300# | 18801# | |
| | | (6) IBC | | # 50318-19 | | | |
| | | 600GL TANKS | | # 3000161 | | | |
| | | TANKS REQUIRE SLINGS | | # 3014813 | | | |
| | | | | # 47014-38 | | | |
| | | | | Tank No. 3002805 | | | |
| | | | | # 3014851 | | | |
| 250 | 250 | 1GEULK | | NOT REGULATED TRIETHYLENE GLYCOL DEHYDRATION GRADE | 2348# | 2348# | |
| | | (1) IBC | | | | | |
| | | TANK REQUIRED SLINGS | | | | | |
| | | | | Tank No. 44005-30 | | | |
| | | | | Total Weights: | 22208 # | 22208 # | |

ORDERED BY : KRIS ASHFORD
DELIVER TO MARTIN NORTH TERMINAL
WEDNESDAY

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY X _E. H. Wu_         DATE _6/20/12_    MSD SHEET(S) ACCOMPANIED SHIPMENT

FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

CARRIER

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

PLACARDS OFFERED
DRIVER PLEASE INITIAL.

PLACARDED ☐
NAME OF PLACARD

COD                    Amt: $

FREIGHT CHARGES
If charges are to be prepaid, write or stamp here. "TO BE PREPAID."

PER

LOADED BY  C. C.

AGENT

PER  SAME

VERSION 12/06

TOTAL NO. OF PACKAGES REC'D.



# INVOICE

**CUSTOMER NO.**

210289

Page 1 of 1

### Gulf Coast Chemical, LLC
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 6/30/2012 | 168650 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 6/30/2012 | B/L# 182093 |

S
O
L
D
T
O

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S
H
I
P
T
O

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC*711 INNOVATOR
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4647 | | 476.7900 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 500 | 1 G BULK | VARSOL | 500 | 9.1100 | 4,555.00 |

|  |  |
|---|---|
| Merchandise Total | 4,555.00 |
| Freight Charges | 476.79 |

EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

**TOTAL**   5,031.79

STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacquelyn St.
Abbeville LA, 70510

Page 1 of 1

CARRIER
BY  Acme



182093

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

| 347986 | 3 | smith | Acme | | | | |
|---|---|---|---|---|---|---|---|
| 4847 | | 8/30/2012 | 07 | | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 600 | 600 | 1GB/BULK | X | UN1268,PETROLEUM DISTILLATE N.O.S. COMBUSTIBLE LIQUID, 3, PGIII VARSOL Tank No. 48019-5 | 3390# | 3390# | |
| | | | | Total Weights: | 3390 # | 3390 # | |
| | | | | Hot Shot | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 6-30-12   MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD Amt: $ |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL | PLACARDED □ NAME OF PLACARD 1268 | FREIGHT CHARGES If charges are to be prepaid, write or stamp here. "TO BE PREPAID." |
| PER | AGENT | | |
| LOADED BY | PER | | TO BE PREPAID |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | |

Invoice Number = 3520576    Doc Type = BL

**STRAIGHT BILL OF LADING**

**GULF COAST CHEMICAL, LLC.**

SHIPPER   ABBEVILLE WAREHOUSE
AT   228 Iberville St.
Abbeville LA, 70510

Page 1 of 1

CARRIER   Acme

Abp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

Abp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

182093

| | | | | | Acme | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 347088 | 3 | | | | | | | | |
| 4847 | | 6/30/2012 | 07 | | | | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 500 | 500 | 1GB/BULK | X | UN1268 PETROLEUM DISTILLATE N.O.S. COMBUSTIBLE LIQUID, 3 PGII VARSOL | 3300# | 3300# | |
| | | | | Tank No. 48019-5 | | | |
| | | | | Total Weight | 3300 # | 3300 # | |
| | | | | Hot Shot | | | |

RECEIVED BY  X _____    DATE 6-30-12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | | |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED NAME OF PLACARD  1268 | COD   Amt $ |
| | | | FREIGHT CHARGES |
| SHX | AGENT | | If charges are to be prepaid, write or stamp here, "TO BE PREPAID" |
| LOADED BY   KJL | PER | | TO BE PREPAID |
| VERSION 12/98 | TOTAL NO. OF PACKAGES REC'D | | |

Invoice Number  =  3520576      Doc Type  =  WB

 

**NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED**

**WAYBILL**
PO Box 183
Harvy, LA 70039
(504) 368 2110
(800) 635-6346

USDOT 062767  MC 120678  MC 442453  LPSC 5866

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

CHARGE TO  *Gulf Coast Chemical*      FROM  *Gulf Coast Chemical*

Street Address

City *Abbeville*   State *LA* Zip

TO:  *Martin North % ATP*

ACCOUNT #  *017534*

TRIP #  *2012 0630 — 0269*

Street Address

City *Fearchan*   State *LA* Zip

| DATE SHIPPED | TRUCK NO | MILES | DRIVER NO | DRIVER NAME | TERM NO | WAYBILL NO |
|---|---|---|---|---|---|---|
| 6/30/12 | 20608 | | 18675 | C. Hanagriff | 92 | 5695038 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | |
|---|---|---|---|
| 1 | ToTs, ~~Nitrate Ammonium Fuel~~ | #7000 | |
| | Petroleum Distillate 3, UNA268 pg III | #3300 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | LST | 550 ²⁹ |

Shipped By [signature]   Time Out 6/30/12 am/pm
Print Name *Riley LeBlanc*   Date 6/30/12
Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By [signature]   Time In am/pm
Print Name *E. Hudson*   Date
Received in good order, except as noted on the Bill of Lading the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED | | CITY | STATE | ODOMETER |
|---|---|---|---|---|---|---|---|---|
| LOADING | | | | APPROVED BY | Begin | | | |
| UNLOADING | | | | APPROVED BY | End | | | |
| SWAMPER | | | | | LEASE / WELL # *MC 711* | | | |
| NAME | | | | | RIG # / NAME *Innovator* | | | |
| SALES # *994041* | | | | | AFE/WO *Gomez Project* | | | |
| OPTIONAL/TRUCK | | | | | PO # | | | |
| ACME DISPATCHER *Smith* | | | | | TRUCK TYPE *1 Ton* | | | |

**ATTACH ALL FUEL RECEIPTS**      CORPORATE OFFICE COPY   ☐ NO  ☒ YES   FUEL RECEIPTS

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED



**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 052767   MC 120675   MC 442453   LPSC 5268

CHARGE TO: *Gulf Coast Chemical*   FROM: *Gulf Coast Chemical*

Street Address:

City: *Abbeville*   State: *LA*  Zip:

TO: *Martin No-74 %o ATP*

ACCOUNT #:

TRIP #: *2012 0630 —*   Street Address:

City: *Fourchon*   State: *LA*  Zip:

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 6/30/12 | 20608 | | 18675 | C. Hangriff | 92 | 5695038 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 1 | Tote      UN 1268 | #4000 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | EST | 550 ⁵⁹ |

Shipped By: *[signature]*   Time Out: _____ am/pm

Print Name: *Riley LeBlanc*   Date: *6/30/12*

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By: _____   Time In: _____ am/pm

Print Name: _____   Date: _____

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED |
|---|---|---|---|---|
| LOADING | | | | APPROVED BY |
| UNLOADING | | | | APPROVED BY |
| SWAMPER | | | | |
| NAME: | | #: | | |
| SALES # | | | | |
| OPTIONAL/TRUCK | | | | |
| ACME DISPATCHER: *Sarah* | | | | |

| | CITY | STATE | ODOMETER |
|---|---|---|---|
| Begin | | | |
| End | | | |
| LEASE / WELL # *M/C 711* | | | |
| RIG # / NAME *Innovator* | | | |
| AFE/WO *Gomez Project* | | | |
| PO # | | | |
| TRUCK TYPE: *1 Ton* | | | |

**ATTACH ALL FUEL RECEIPTS**      **SHIPPER COPY**      ☐ NO  ☐ YES  **FUEL RECEIPTS**



**INVOICE**

CUSTOMER NO.

210289

Page 1 of 1

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|------|--------|
| 7/16/2012 | 168908 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 7/5/2012 | B/L# 182206 |

S O L D T O

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P T O

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4654 | | 1312.100 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

| | |
|---|---|
| Merchandise Total | 9,350.00 |
| Freight Charges | 1,312.10 |

EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 10,662.10 |
|---|---|

**STRAIGHT BILL OF LADING**
## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
220 January a St.
AT: Abbeville LA, 70510

Page 1 of 1

CARRIER
BY          Acme

7/5/2012

182206

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"



Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

|  | Acme |
|---|---|

| ATP-4554 | 7/5/2012 | 07 | 1312.1 |  |  |  |  |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | 1GB/JLK | X | UN1230,METHANOL 3, PGII | 36465# | 36465# |  |
|  |  | (10) IBC |  |  |  |  |  |
|  |  | TANKS REQUIRE SLINGS |  |  |  |  |  |
|  |  | 113596 ✓ |  |  |  |  |  |
|  |  | 300 7918 ✓ | | Tank No._____ | | | |
|  |  | 186785 ✓ |  |  |  |  |  |
|  |  | 301458 ✓ |  |  |  |  |  |
|  |  | 3004263 ✓ |  | Total Weight: | 36465 # | 36465 # | |
|  |  | 070871081 ✓ |  |  |  |  |  |
|  |  | 34976-4 ✓ |  | ORDERED BY CHRIS LOVELADY | | | |
|  |  | 49546-22 ✓ |  | DELIVER TO MARTIN TERMINAL NORTH | | | |
|  |  | 48125-10 ✓ |  | DOCK IN FOURCHON TODAY | | | |
|  |  | 301346 5 ✓ |  |  |  |  |  |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____

DATE **7-5-12**    MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | |
|---|---|---|---|
| s to certify that the above-named materials are properly tified, described, packaged, marked and labeled, and i proper condition for transportation according to the able regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD  1230 | **COD** Amt: $ |
| | | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here. "P BE PREPAID" |
| ED BY  R17 | AGENT PER  Acme | | TO BE PREPAID |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D.  10 | | |

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED



**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 052767   MC 120675   MC 442453   LPSC 5268

CHARGE TO: Gulf Coast Chemicals

FROM: Gulf Coast Chemicals
Street Address: 220 Jacques n St.
City: Asseville   State: a   Zip: 7051

ACCOUNT #:

TO: Martin N. Dock
Street Address: 120 17th St.
City: En Fourchon   State: LG   Zip: 7055

TRIP #: 20120705-0794

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 7/5/12 | 25917 | 159 | 25958 | Pat Norton | 92 | 5815206 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 10 | 550 Gal TOTE | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | os/ 1312.10 | |

Shipped By: _____
Print Name: Riley LeBlanc   Date: 7/5/12
Time Out: ___ am/pm

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By: _____
Print Name: _____
Time In: ___ am/pm   Date: _____

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED |
|---|---|---|---|---|
| LOADING | | | | |
| UNLOADING | | | | |
| SWAMPER | | | | |

APPROVED BY: C
APPROVED BY:

| | CITY | STATE | ODOMETER |
|---|---|---|---|
| Begin | Erm | La | 768669 |
| End | | | |

LEASE / WELL #
RIG # / NAME
AFE/WO
PO #
TRUCK TYPE:

NAME: ___ #:
SALES #
OPTIONAL/TRUCK
ACME DISPATCHER

**ATTACH ALL FUEL RECEIPTS**        SHIPPER COPY        ☐ NO  ☐ YES  FUEL RECEIPTS



**INVOICE**

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 7/16/2012 | 168909 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|--------------|-------------------|
| 7/5/2012 | B/L# 182208 |

S O L D T O

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P T O

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4654 | | 1312.100 | Acme | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|-------|---------|-------------|----------------|------------|--------|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

Merchandise Total 9,350.00
Freight Charges 1,312.10

EASE REMIT TO:  Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 10,662.10 |
|-------|-----------|

**STRAIGHT BILL OF LADING**

**GULF COAST CHEMICAL, LLC.**



SHIPPER: ABBEVILLE WAREHOUSE
220 Jacquline St.
AT: Abbeville LA. 70510

Page 1 of 1

7/5/2012

182208

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"



CARRIER BY    _Acme_

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"



| ATP-4054 | 7/5/2012 | 07 | 1312.1 | | | | |
|---|---|---|---|---|---|---|---|

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5600 | 5600 | 1GBULK | X | UN1230,METHANOL 3, PGII | 33450# | 304656 | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | 38974-45 | | Tank No._____ | | | |
| | | 3014797 | | | | | |
| | | 160181 | | Total Weight: | 36465 # | 38465 # | |
| | | 3000308 | | | | | |
| | | 51098-11 | | | | | |
| | | 3014632 | | ORDERED BY CHRIS LOVELADY | | | |
| | | 3013389 | | DELIVER TO MARTIN TERMINAL NORTH | | | |
| | | 168630 | | DOCK IN FOURCHON TODAY | | | |
| | | 10579 | | | | | |
| | | 175187 | | | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 7-5-12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD  1230 | **COD** Amt: $ |
| | AGENT  Acme | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| LOADED BY  RSL | PER | | PREPAID |
| VERSION 12/06 | TOTAL NO. OF PACKAGES REC'D.  10 | | |

NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED



ESOP

**WAYBILL**
P.O. Box 183
Harvey, LA 70059
(504) 368-2510
(800) 825-6246

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

USDOT 052787   MC 120675   MC 442453   LPSC 5268

CHARGE TO: _____

FROM: *Gulf Coast*

Street Address: _____

City: *Abbevlle*   State: *La*   Zip: _____

ACCOUNT #: _____

TO: *J + P*

Street Address: _____

TRIP #: _____

City: *Fourchon*   State: *La*   Zip: _____

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 7/5/12 | 24595 | | 23101 | Leonard Frazer | 92 | 5814722 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 10 TM (LN 1230) Methanol | 3 PG II | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | | | |
| | | | |

Shipped By: _____
Print Name: *Riley LeBlanc*
Time Out: _____ am/pm   Date: *7/5/12*

Shipped subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading. Total value of items transported is declared to be less than one million dollars.

Received By: _____
Print Name: _____
Time In: _____ am/pm   Date: _____

Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | STATES TRAVELED | | CITY | STATE | ODOMETER |
|---|---|---|---|---|---|---|---|---|
| LOADING | | | | APPROVED BY | Begin | | | |
| UNLOADING | | | | APPROVED BY | End | | | |
| SWAMPER | | | | | LEASE / WELL # *MC 711* | | | |
| NAME: | #: | | | | RIG # / NAME | | | |
| SALES # | | | | | AFE/WO | | | |
| OPTIONAL/TRUCK | | | | | PO # *OCS6 142* | | | |
| ACME DISPATCHER: | | | | | TRUCK TYPE: | | | |

**ATTACH ALL FUEL RECEIPTS**          SHIPPER COPY          ☐ NO  ☐ YES  **FUEL RECEIPTS**



# INVOICE

CUSTOMER NO.

210289

Gulf Coast Chemical, LLC
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 7/20/2012 | 169132 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 7/19/2012 | B/L# 182617 |

**SOLD TO**
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO**
Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC*711 INNOVATOR
Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4647 | | 0.0000 | ACME | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 E ITEM | MISCELLANEOUS PRODUCT CHARG | 1 | 550.5900 | 550.59 |
| | | Merchandise Total | | | 550.59 |

EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 550.59 |
|---|---|

STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacqulyn St.
Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

182617

182617

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

Atp Oil & Gas-M/C 711 INNOVATOR
C/O MARTIN TERMINAL
MC-711 INNOVATOR
Fourchon, LA -
"GOMEZ PROJECT"

| 347888 | 3 | richard | ACME | | | | |
|---|---|---|---|---|---|---|---|
| 4847 | | 7/18/2012 | 67 | | 0 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| | 1 | 1 ITEM | | MISCELLANEOUS PRODUCT CHARGES | 0# | 0# | |
| | | | | Total Weights: | 0 # | 0 # | |
| | | | | HOTSHOT CHARGES THAT WERE NOT BILLED ON THE ORIGINAL BL FOR WEEKEND DELIVERY.... SEE BL# 182063 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE _____ MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | | |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD   Amt: $ _____ |
| ER | | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| | AGENT | | |
| LOADED BY | PER | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | |



**ORIGINAL INVOICE**

Please remit to:
Acme Truck Line, Inc.
MSC-410683
P.O. Box 415000
Nashville, TN 37241-5000

For Inquiries
Ph: (504) 368-2510
Ph: (800) 825-6246
Fx: (888) 922-2263
email: credit@acmetruck.com

NET PAYMENT DUE 30 DAYS – PAYABLE IN U.S. FUNDS

| ACME INVOICE | INVOICE DATE | SHIP DATE | ACME CUST# |
|---|---|---|---|
| 3520576 | 7/12/2012 | 6/30/2012 | 017534 |

BILL TO: GULF COAST CHEMICALS
220 JACQULYN STREET
ABBEVILLE, LA 70510

FROM: GULF COAST CHEMICAL INC
220 JACQUELYN ST
ABBEVILLE, LA 70510
TO: MARTIN TERMINAL NORTH
120 17TH ST SUITE 7
PORT FOURCHON, LA 70357

JUL 16 2012

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | AMOUNT |
|---|---|---|---|
| 1 | TRUCK TYPE: ONE TON | | |
| | TOTE, PETROLEUM PISTALLETE 3, UN1268 PGIII | 3300# | 472.44 |
| | | HM20 | 74.40 |
| | | GP | 3.75 |
| LOC- | M/C 711 | | |
| RIG- | INNOVATOR | | |
| AFE- | GOMEZ PROJECT | | |
| | Ordered By: | | |
| | ACME 92 ABBEVILLE | | |
| | ANN FONTENOT | | |
| | Ph#:337.892.6749 | | |

Bill # 182617

TOTAL: 550.59

TRUCK TYPE 1T   MILES   160   TRIP 2012/06/30-0269
RATE ITEM 103
ACME WAYBILL 5695038
092 ABBEVILLE   TRUCK 20608   DRIVER 18675   VENDOR 994070

**INVOICE**

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA  70510
(337) 898-0213

CUSTOMER NO.

210289

| DATE | NUMBER |
|------|--------|

Page 1 of  1

| DATE SHIPPED | ASSOCIATED NUMBER |
|--------------|-------------------|

7/31/2012

8563

CREDIT MEMO

| S O L D T O | Atp Oil & Gas Corporation<br>4600 Post Oak Place<br>Suite 200<br>Houston, TX  77027-9726 | S H I P T O | Atp Oil & Gas-M/C 711 INNOVATOR<br>C/O MARTIN TERMINAL<br>MC*711 INNOVATOR<br>Fourchon, LA — |
|---|---|---|---|

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | 476.7900 | | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | **\*\* CREDIT MEMO \*\*** | | | |
| | | this credit reflects inv.#168650.  billed freight in error.  this freight was billed on inv.#169132 | | | |
| | | Freight Charges | | | |
| | | CREDIT - DO NOT PAY | | | 476.79 |

EASE REMIT TO:  Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA  70162-2600

| TOTAL | -476.79 |
|---|---|



CUSTOMER NO.

**INVOICE**

Gulf Coast Chemical, LLC
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

210289

| DATE | NUMBER |
|---|---|
| 7/31/2012 | 169496 |

DATE SHIPPED | ASSOCIATED NUMBER

Page 1 of 1

7/30/2012    B/L# 182816

S
O    ATTN: Accounts Payable
L
D    Atp Oil & Gas Corporation
T    4600 Post Oak Place
O    Suite 200
     Houston, TX 77027-9726

S
H
I    Atp O&G
P    C/O Martin Terminal North Dock 120 17th Street
T    MC*711 (OCSG#14016)
O    Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4685 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

Merchandise Total      9,350.00
Delivery Fee            10.00

TOTAL      9,360.00




**...GHT BILL OF LADING**

**GULF COAST CHEMICAL, LLC.**

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacodyn St.
Abbeville LA. 70510

Page 1 of 1

CARRIER
BY

7/25/2012

182816

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCBGW14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCBGW14016)
Fourchon, LA -
"GOMEZ PROJECT"

182816

| 347655 | 3 | | GCC TRUCK | | |
|---|---|---|---|---|---|
| 4985 | | 8/1/2012 | 07 | | 0 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | ✓ 1GBULK | X | UN1230,METHANOL 3, PGII | 36425# | 36466# | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | | | Tank No. ✓ 34812-17 ✓ | | | |
| | | | | ✓ # 495-9375 ✓ | | | |
| | | | | ✓ # 3014586 ✓ | Total Weights: | 38425 # | 38466 G |
| | | | | ✓ # 4793479 ✓ | # 38379-29 ✓ | | |
| | | | | ✓ # 3014789 ✓ | # 48000-73 ✓ | | |
| | | | | ✓ # 40579-1 | | | |
| | | | | ✓ # 18238* | | | |
| | | | | ✓# 30/358X | | | |
| | | | | ORDERED BY = BEN | | | |
| | | | | DELIVER TO FOURCHON BY 8/1/12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____ DATE 7/30/12 ___ MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT **1-800-424-9300**

CARRIER

...s is to certify that the above-named materials are properly ...ssified, described, packaged, marked and labeled, and ...in proper condition for transportation according to the ...licable regulations of the Department of Transportation.

| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD Amt: $ |
|---|---|---|
| | | FREIGHT CHARGES |
| AGENT | | If charges are to be prepaid, write or stamp here. "TO BE PREPAID." |
| PER    SAME | | |

...DED BY

VERSION 12/08

TOTAL NO. OF PACKAGES REC'D.



INVOICE

CUSTOMER NO.

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| DATE | NUMBER |
|---|---|
| 8/9/2012 | 169623 |

210289

Page 1 of 1

DATE SHIPPED | ASSOCIATED NUMBER

8/6/2012   B/L# 182930

S O L D   T O:
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P   T O:
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| 4696 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.7000 | 9,350.00 |

Merchandise Total 9,350.00
Delivery Fee 10.00

TOTAL   9,360.00

**STRAIGHT BILL OF LADING**

**GULF COAST CHEMICAL, LLC.**

SHIPPER: ASHEVILLE WAREHOUSE
AT: 226 Jacquins St.
Abbeville LA, 70510

CARRIER BY

Page 1 of 1

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

MC 941

169623

| 347565 | 3 | richard | | GCC TRUCK | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4006 | | 8/7/2012 | 07 | | | G | | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | 1GBULK | X | UN1230,METHANOL 3, PGII | 36465# | 36468# | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | # 50393-19 ✓ | | | |
| | | | | # 3014633 ✓ | | | |
| | | | | Tank No. 48120-7 ✓ | | | |
| | | | | # 40575-5 ✓ | | | |
| | | | | # 103476-21 ✓   Total Weight # | 36465 G | 30465 # | |
| | | | | # 10143 ✓ | | | |
| | | | | # 3014759 ✓ | | | |
| | | | | # 3014584 ✓ | | | |
| | | | | # 5931-3 ✓ | | | |
| | | | | # 11690-37 ✓ | | | |
| | | | | ORDERED BY = BEN | | | |
| | | | | DELIVER TO MARTIN TERMINAL IN FOURCHON | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 8/6/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | |
|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD Amt: $ |
| ER _____ | AGENT | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| OADED BY _____ | PER   SAME | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | |



# INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 8/9/2012 | 169624 |

DATE SHIPPED | ASSOCIATED NUMBER

8/6/2012   B/L# 183085

S
O   ATTN: Accounts Payable
L
D   Atp Oil & Gas Corporation
T   4600 Post Oak Place
O   Suite 200
    Houston, TX 77027-9726

S
H
I   Atp O&G
P   C/O Martin Terminal North Dock 120 17th Street
T   MC*711 (OCSG#14016)
O   Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4701 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|-------|---------|-------------|----------------|------------|--------|
| 5500 | 1 G BULK | METHANOL | 5500 | 1.6500 | 9,075.00 |

Merchandise Total 9,075.00
Delivery Fee 10.00

EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

**TOTAL   9,085.00**

STRAIGHT BILL OF LADING

## GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 226 Jacquelyn St.
Abbeville LA, 70510



Page 1 of 1

CARRIER
BY



Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347865 | 3 | Foster | SCC TRUCK | | | | 169684 |

| ATP-4701 | | 8/6/2012 | 07 | | 0 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 5500 | 5500 | 1GBULK | X | UN1230,METHANOL 3, PGII | 364685 | 334685 | |
| | | (11) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | | | | |
| | | 11- 500 gal Tanks Inc | | Tank No. 48018 -10 | | | |
| | | | | 182188- | | | |
| | | | | 30 14745 / 495279-24 | 38485 B | 39485 B | |
| | | | | 176307 0   30/8131 - | | | |
| | | | | 172567-   30181 70 B | | | |
| | | | | 48397-2   40654-47 B | | | |
| | | | | 47849-20 | | | |
| | | | | ORDERED BY CHRIS LOVELADY DELIVER TO MARTIN TERMINAL NORTH IN FOURCHON BY 8-6-12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted by himself and his assigns.

RECEIVED BY _____  DATE 8/6/12  MSD SHEET(S) ACCOMPANIED SHIPMENT

FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-____

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | CARRIER | | COD _____ Amt: $ |
|---|---|---|---|
| | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| 8/6/12 | AGENT | | |
| LOADED BY C.C. | PER | (SAMB) | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | | |



**INVOICE**

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 8/9/2012 | 169655 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|--------------|-------------------|
| 8/2/2012 | B/L# 182886 |

SOLD TO:
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

SHIP TO:
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCSG#14016)
Fourchon, LA

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|-----------------------|--------|-----------------|-------------|-------------|-------|
| 4695 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|-------|---------|-------------|----------------|------------|--------|
| 550 | 1 G BULK | TRIETHYLENE GLYCOL DEHYDRATION GRADE | 550 | 10.0100 | 5,505.50 |

|  |  |
|--|--|
| Merchandise Total | 5,505.50 |
| Delivery Fee | 10.00 |

REMIT TO:
Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 5,515.50 |
|-------|----------|

STRAIGHT BILL OF LADING
## GULF COAST CHEMICAL, LLC.

ABBEVILLE WAREHOUSE
SHIPPER: 226 Jacodyne St.
AT: Abbeville LA, 70510

Page 1 of 1

CARRIER
BY

7/30/2012

182886

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA –
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC#711 (OCSG#14016)
Fourchon, LA –
"GOMEZ PROJECT"

182886

| | | GCC TRUCK | | | | | |
|---|---|---|---|---|---|---|---|
| 4805 | | 8/3/2012 | 07 | 0 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|---|
| 550 | 550 | / 1GBULK | | | NOT REGULATED TRIETHYLENE GLYCOL DEHYDRATION GRADE | 5168 | 5168 | |
| | | (1) IBC | | | | | | |
| | | | | | Tank No. 36 4758 | | | |
| | | | | | Total Weights: | 5168 | 5168 | |

ORDERED BY = BEN
DELIVER TO FOURCHON THIS WEEK

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 8/2/12   MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

LOADED BY: CC   9/2/12

| CARRIER | | COD |
|---|---|---|
| PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | COD   Amt: $ |
| AGENT | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| PER   SAM | | |
| TOTAL NO. OF PACKAGES REC'D. | | |

VERSION 12/08



**INVOICE**

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210289

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 8/10/2012 | 169759 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 8/10/2012 | B/L# 183262 |

**SOLD TO**
ATTN: Accounts Payable
Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

**SHIP TO**
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711 (OCS G#14016)
Fourchon, LA –

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4713 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5000 | 1 G BULK | METHANOL | 5000 | 1.6500 | 8,250.00 |

| | |
|---|---|
| Merchandise Total | 8,250.00 |
| Delivery Fee | 10.00 |

EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 8,260.00 |
|---|---|

STRAIGHT BILL OF LADING
**GULF COAST CHEMICAL, LLC.**

SHIPPER: ABBEVILLE WAREHOUSE
220 Jacquiyn St.
AT: Abbeville LA, 70510

Page 1 of 1

8/9/2012

183282

CARRIER
BY

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC°711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC°711 (OCSG#14016)
Fourchon, LA -
"GOMEZ PROJECT"

183262

ATP-4713                    8/13/2012

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M X | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 6000 | 6000 | √ 10 BULK | | UN1230;METHANOL 3, PGII | 39150 | 39150 | |
| | | (10) IBC | | | | | |
| | | TANKS REQUIRE SLINGS | | √ #38379-48 | | | |
| | | | | Tank No. #44004-75 | | | |
| | | | | # 3013678 | | | |
| | | | | √ #52046-4    Total Weight: | 39152 # | 39150 # | |
| | | | | √ #3014604 | | | |
| | | | | JH 49543-78 √ | | | |
| | | | | √ #176305 | | | |
| | | | | √ #45579-73 | | | |
| | | | | ORDERED BY CHRIS LOVELADY DELIVER TO MARTIN TERMINAL NORTH IN FOURCHON BY 8-13-12 | | | |
| | | | | √ #140259 √ | | | |
| | | | | √ #3013708 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY ___P.H. Wu___       DATE __8/10/12__  MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT **1-800-424-9300**

| CARRIER | | |
|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD |

**COD**       Amt: $

FREIGHT CHARGES

If charges are to be prepaid, write or stamp here. "TO BE PREPAID."

LOADED BY L.C.

AGENT

PER  SAME

VERSION 12/08

TOTAL NO. OF PACKAGES REC'D.

# INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA  70510
(337) 898-0213

| CUSTOMER NO. | | DATE | NUMBER |
|---|---|---|---|
| 210289 | | 8/13/2012 | 169716 |
| | | DATE SHIPPED | ASSOCIATED NUMBER |
| Page 1 of 1 | | 8/6/2012 | B/L# 183086 |

S
O
L
D
T
O
ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S
H
I
P
T
O
Atp O&G
C/O Martin Terminal North Dock 120 17th Street
MC*711  (OCSG#14016)
Fourchon, LA -

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| ATP-4701 | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4500 | 1 G BULK | METHANOL | 4500 | 1.6500 | 7,425.00 |

| | |
|---|---|
| Merchandise Total | 7,425.00 |
| Delivery Fee | 10.00 |

EASE REMIT TO:   Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA  70162-2600

| TOTAL | 7,435.00 |
|---|---|

STRAIGHT BILL OF LADING

# GULF COAST CHEMICAL, LLC.

SHIPPER: ABBEVILLE WAREHOUSE
AT: 220 Jacqelyn St.
Abbeville LA, 70510



Page 1 of 1

CARRIER
BY



183086

Atp O&G
C/O Martin Terminal North Dock 120 17th Street.
MC*711 (OCS/G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

Atp O&G
C/O Martin Terminal North Dock 120 17th Street.
MC*711 (OCS/G#14016)
Fourchon, LA -
"GOMEZ PROJECT"

| 347066 | 3 | Hostler | GCC TRUCK | | | | |
|---|---|---|---|---|---|---|---|
| ATP-4701 | | 8/8/2012 | 07 | | 6 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 4500 | 4500 | 1GBULK | X | UN1230,METHANOL 3, PGII | 28035 | 28035 | |
| | | (#) IBC | | 48,393-21 √ | | | |
| | | TANKS REQUIRE SLINGS | | 44,151- HL | | | |
| | | | | Tank No. 121141 √ | | | |
| | | | | 3014654 √ | | | |
| | | | | 3012842 √ | Total Weight= | 28035 G | 28035 G |
| | | | | 3014624 √ | | | |
| | | | | 3013683 √ | | | |
| | | | | 3007398 √ | | | |
| | | | | 103547-25 √ | | | |
| | | | | ORDERED BY CHRIS LOVELADY DELIVER TO MARTIN TERMINAL NORTH IN FOURCHON BY 8-8-12 | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, if is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____     DATE _____     MSD SHEET(S) ACCOMPANIED SHIPMENT

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| CARRIER | | COD |
|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | *PLACARDED □ NAME OF PLACARD | Amt: $ |
| ER | AGENT | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." |
| OADED BY | PER | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES REC'D. | |